UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PETER M. MACE                              :

         Plaintiff              :

v.                                         :    Case No. 1:05CV02244  (HHK)

LARRY M. DOMASH                            :

         Defendant.             :
_____

MOTION OF PLAINTIFF'S ATTORNEY
FOR LEAVE TO WITHDRAW APPEARANCE

Plaintiff's undersigned attorney of record, Robert A. Ackerman, moves pursuant to LCvR 83.6(c) for leave to withdraw appearance.

On April 2, 2006 movant suffered a serious motorcycle accident which resulted in fracture of two ribs, partial dislocation of left shoulder, and associated pain, as diagnosed by health care provider Kaiser Permanente. Movant is disabled at present from carrying out his obligations as attorney adequately.

Movant has advised plaintiff to obtain other counsel and advised him that if he intends to conduct the case *pro se* or to object to movant's withdrawal to so notify the clerk within five days of service of this motion.

Plaintiff's last known address is 4701 Connecticut Ave. N.W., Apt. 209, Washington, D.C. 20008.

Movant has discussed this motion with opposition counsel who stated he has no objection to its being granted.

                                      Respectfully submitted:

/s/ Robert A. Ackerman

_____
Robert A. Ackerman No. 037200
1250 Fourth Street, S.W., No. 504W
Washington, D.C. 20024
Tel. (202) 554 2908  Fax. (202) 554 3709

I do not object to the granting of this motion.

/s/ Peter M. Mace_____     April 14, 2006__
Peter  M. Mace                Date

### LCvR 83.6(c) Certificate of Service

      I hereby certify that on April 14, 2006 I mailed a copy of the foregoing to defense counsel Adam Augustine Carter, 888 17th Street, N.W., Suite 900 Washington, D.C. 20006-3307, and that I served by first class prepaid mail to Plaintiff Peter M. Mace at his last known address of 4701 Connecticut Avenue, N.W., Apt. 209, Washington, D.C. 20008 a copy of the foregoing motion and of a statement that if he intends to conduct the case *pro se* or to object to the withdrawal concerned to so notify the Clerk in writing within five days of service of this motion.

/s/ Robert A. Ackerman

_____
Robert A. Ackerman