UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER M. MACE | : |
| Plaintiff | : |
| v. | : Case No. 1:05CV02244 (HHK) |
| LARRY M. DOMASH | : |
| Defendant. | : |

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

## O R D E R

Upon consideration of the motion of plaintiff's attorney Robert A. Ackerman for leave to withdraw appearance, and of the response of parties concerned, and good cause appearing to grant such motion, now, therefore, it is, by the Court, this ____ day of April, 2006 hereby ORDERED:

That the motion be, and hereby is, GRANTED; and

That leave is granted to attorney Robert A. Ackerman to withdraw his appearance herein, which is noted as withdrawn.

_____
Judge

Notice to:

Peter M. Mace
4701 Connecticut Ave. N.W., Apt. 209
Washington, D.C. 20008

Robert A. Ackerman, Esq.
1250 Fourth Street, S.W., No. 504W
Washington, D.C. 20024

Adam Augustine Carter, Esq.

888 17th Street, N.W., Suite 900
Washington, D.C. 20006-3307