UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ECF

| | |
|---|---|
| PETER M. MACE, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:05CV02244 (HHK) |
| LARRY A. DOMASH, | ) |
| Defendant. | ) |

**DEFENDANT LARRY DOMASH'S MOTION FOR CONTINUANCE OF
INITIAL SCHEDULING CONFERENCE**

COMES NOW the Defendant Larry A. Domash, by and through undersigned counsel, and moves this Court to continue, to allow the undersigned to attend via telephone conference, or to otherwise reschedule the Initial Scheduling Conference set by the Court for June 29, 2006 at 10:45 a.m. The undersigned has diligently called and left telephone messages for the Plaintiff and has written to the Plaintiff (unrepresented by counsel) without being able to reach the Plaintiff to consult about this motion and the undersigned's need for accommodation, or to meet and confer as required by LcvR 16.3. The Plaintiff has been totally non-responsive and unreachable. The Plaintiff has not bothered to hire new counsel since Mr. Ackerman withdrew his appearance. A memorandum of points and authorities and a proposed order accompanies this motion.

Respectfully submitted,

_____
Adam Augustine Carter
DC Bar #437381
888 17th Street, NW
Suite 900
Washington, D.C. 20006-3307
(202) 261-2803
(202) 261-2835 (facsimile)
acarter@acarterlaw.com

Dated: June 14, 2006

*Counsel for Defendant*
*Larry A. Domash*

## CERTIFICATE OF COUNSEL

  I hereby certify that I have made numerous attempts to contact the Plaintiff in an effort to obtain his consent to this motion. I have been unable to speak with the Plaintiff despite my diligent efforts. I have left now fewer than 4 telephone messages between May 10, 2006 and June 14, 2006, without any return call. I also wrote to the Plaintiff on June 6, 2006 without any response or return of the mail.

_____
Adam Augustine Carter

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Defendant Larry Domash's Motion for Continuance of Initial Scheduling Conference, a Memorandum of Points and Authorities in Support of Defendant Larry Domash's Motion for Continuance of Initial Scheduling Conference, and a proposed order was filed via the ECF system and served via first-class mail, postage prepaid this 14th day of June, 2006, on the Plaintiff at his last known address:

Mr. Peter M. Mace
4701 Connecticut Ave. N.W.
Apt. 209
Washington, D.C.  20008

_____
Adam Augustine Carter

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**ECF**

PETER M. MACE,                )
                              )
        Plaintiff,        )
                              )
v.                            )  Case No. 1:05CV02244 (HHK)
                              )
LARRY A. DOMASH,              )
                              )
        Defendant.        )
                              )

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT LARRY DOMASH'S MOTION FOR CONTINUANCE OF INITIAL SCHEDULING CONFERENCE**

The Defendant Larry A. Domash has moved for a continuance of the Initial Scheduling Conference set by the Court for June 29, 2006 at 10:45 a.m. The undersigned will be out of town in Los Angeles on a family vacation at that time, and not returning to Washington until July 1st. If the Court would permit the undersigned to attend via telephone conference then the undersigned would be able to appear without the need for any rescheduling. If not, the Defendant respectfully requests that a convenient date and time for the Court between July 5, 2006 and July 13, 2006 be selected.

The undersigned does not expect the Plaintiff to appear in this case. The undersigned has called the Plaintiff on no fewer than a dozen different dates between May 10, 2006 and June 14, 2006. The undersigned has left over four messages during that time period on what is believed to be the Plaintiff's telephone answering machine or service. The number used is 202-966-2761, and this is the 411 listing in the District of Columbia for a Peter "Brett" Mace, at 4701 Connecticut Avenue, Washington, D.C. The

1

undersigned has written to the Plaintiff requesting that he contact the undersigned so that the parties might confer about the instant motion. A copy of the letter is attached hereto as Exhibit 1. The Plaintiff has been totally non-responsive and unreachable. The Plaintiff has not bothered to hire new counsel since Mr. Robert Ackerman withdrew his appearance on April 14, 2006.

    The undersigned has his doubts about whether or not the Plaintiff wants to continue to prosecute this case. An Initial Scheduling Conference will be difficult for the Court to have without the parties having satisfied their LcvR 16.3 obligation. It will be difficult for the parties to Meet and Confer if the Plaintiff will not either hire new counsel or engage and respond to counsel for the Defendant. If the Plaintiff does not appear, then the Defendant may move or the Court could on its own motion order the Plaintiff to show cause why the case should not be dismissed for want of prosecution.

Respectfully submitted,

_____
Adam Augustine Carter
DC Bar #437381
888 17th Street, NW
Suite 900
Washington, D.C. 20006-3307
(202) 261-2803
(202) 261-2835 (facsimile)
acarter@acarterlaw.com

Dated: June 14, 2006

*Counsel for Defendant*
*Larry A. Domash*

2

# ADAM AUGUSTINE CARTER

ATTORNEY AT LAW
888 17TH STREET, NW
SUITE 900
WASHINGTON, DC 20006-3307

ADMITTED IN DC, VA & MD

TELEPHONE: 202-261-2803
FACSIMILE: 202-261-2835

ACARTER@ACARTERLAW.COM
WWW.ACARTERLAW.COM

6 June 2006

**VIA FIRST-CLASS MAIL**

**POSTAGE PREPAID**

Mr. Peter M. Mace
4701 Connecticut Avenue, NW
Apartment 209
Washington, DC  20008

Re:   *Mace v. Domash*, Case No. 1:05cv02244 (HHK)

Dear Mr. Mace:

I have tried to call you no fewer than 10 times since I received the Court's Order for Initial Scheduling Conference and since you are no longer represented by counsel. I have left no fewer than 3 phone messages on what I assume is your message machine (although there is no recorded voice). Please call me by 5:00 pm on June 13, 2006. I need to move the Court for a continuance of the June 29th hearing date, and I need to confer with you or your new attorney about it. If not, I will have to make a motion to the court without conferring and I will represent the facts set forth above about my efforts to reach you to no avail.

Please call me or send me an email as soon as you get this.

Yours very truly,

Adam Augustine Carter

Cc:   Douglas S. Brooks, Esq.

EXHIBIT
1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER M. MACE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:05CV02244 (HHK) |
| | ) |
| LARRY A. DOMASH, | ) |
| | ) |
| Defendant. | ) |

## ORDER

UPON CONSIDERATION of the motion made by the Defendant Larry A. Domash for a continuance of the Initial Scheduling Conference, any opposition thereto, and the entire record herein, it is by the Court this ____ day of June, 2006,

ORDERED that Defendant's counsel be, and hereby is permitted to attend the Initial Scheduling Conference by telephone by calling chambers (202-354-3350) at 10:40 a.m. on June 29, 2006 (EDT); and it is further

ORDERED that Defendant's motion be, and hereby is, denied as moot.

Hon. Henry H. Kennedy, Jr.
United States District Judge

cc:   acarter@acarterlaw.com

Mr. Peter M. Mace
4701 Connecticut Ave. N.W.
Apt. 209
Washington, D.C. 20008