UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER M. MACE, | ) |
|   Plaintiff, | ) |
| v. | ) Case No. 1:05CV02244 (HHK) |
| LARRY A. DOMASH, | ) |
|   Defendant. | ) |

**DEFENDANT LARRY DOMASH'S MOTION FOR
INVOLUNTARY DISMISSAL**

COMES NOW the Defendant Larry A. Domash, by and through undersigned counsel, and pursuant to Rule 41(b) for failure to prosecute this case and for failure to abide by the Court's order to meet and confer in advance of the Initial Scheduling Conference, hereby moves this Court to dismiss this case with prejudice. Despite being given a fair opportunity on July 6, 2006 to locate new counsel, and despite knowing of the Initial Scheduling Conference set for September 6, 2006, the Plaintiff has not bothered to hire new counsel since Mr. Ackerman withdrew his appearance. A memorandum of points and authorities and a proposed order accompanies this motion.

Respectfully submitted,

_____
Adam Augustine Carter
DC Bar #437381
888 17th Street, NW
Suite 900
Washington, D.C. 20006-3307
(202) 261-2803
(202) 261-2835 (facsimile)
acarter@acarterlaw.com

Dated: September 5, 2006

*Counsel for Defendant*
*Larry A. Domash*

## CERTIFICATE OF COUNSEL

I hereby certify that I called the Plaintiff in an effort to obtain his consent to this motion on September 5, 2006. I was unable to reach the Plaintiff.

_____
Adam Augustine Carter

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Defendant Larry Domash's Motion for Involuntary Dismissal, a Memorandum of Points and Authorities in Support of Defendant Larry Domash's Motion for Involuntary Dismissal, and a proposed order was filed via the ECF system and served via first-class mail, postage prepaid this 5th day of September, 2006, on the Plaintiff at his last known address:

Mr. Peter M. Mace
4701 Connecticut Ave. N.W.
Apt. 209
Washington, D.C.  20008

And by hand delivery on September 6, 2006 in open court.

_____
Adam Augustine Carter

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER M. MACE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:05CV02244 (HHK) |
| ) | |
| LARRY A. DOMASH, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF DEFENDANT LARRY DOMASH'S
<u>MOTION FOR INVOLUNTARY DISMISSAL</u>**

The Defendant Larry A. Domash has moved for an involuntary dismissal of the Plaintiff's claims pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 41(b) ("For failure of the plaintiff to prosecute or to comply with these rules or any order of court, a defendant may move for dismissal of an action or of any claim against the defendant.").

The Plaintiff has not bothered to hire new counsel since Mr. Robert Ackerman withdrew his appearance on April 14, 2006. On July 6, 2006, at a hearing that was supposed to be an Initial Scheduling Conference, the Plaintiff appeared without counsel and was informed by the Court that he either needed to obtain counsel or that he needed to consult with counsel for the Defendant in order to comply with the Court's requirements of filing a Rule 16.3 report. The Court was very clear that if the Court's requirements were not met that the Court would enforce them.

1

The only contact that the undersigned has received from the Plaintiff is that he undersigned received a copy of a letter dated September 4, 2006 on September 5, 2006, the day before the date set for an Initial Scheduling Conference, and a telephone message was received on September 5, 2006 with the contents of the September 4, 2006 letter having been read aloud. The import of the letter and the message was that the Plaintiff is having difficulty finding a lawyer.

It is hardly news that the Plaintiff is having difficulty finding a lawyer. The Plaintiff has been without a lawyer for almost five (5) months. The Plaintiff has known since July 6, 2006 that he had an obligation to meet and confer with the undersigned and he has made no effort to do so. The question of whether or not the Plaintiff needs a lawyer is immaterial. The Plaintiff is free to represent himself, but he is not free to avoid the Court's rules to meet and confer with counsel for the Defendant, and he has made no effort at that irrespective of his being able to secure counsel.

The Plaintiff's claims ought to be dismissed with prejudice for want of prosecution, and for the Plaintiff's failure to abide by the Court's order to meet and confer with the undersigned. A proposed order is attached.

Respectfully submitted,

/s/ Adam Augustine Carter
Adam Augustine Carter
DC Bar #437381
888 17th Street, NW, Suite 900
Washington, D.C. 20006-3307
(202) 261-2803
(202) 261-2835 (facsimile)
acarter@acarterlaw.com

Dated: September 5, 2006

*Counsel for Defendant*
Larry A. Domash

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PETER M. MACE, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Case No. 1:05CV02244 (HHK) |
|  | ) |
| LARRY A. DOMASH, | ) |
|  | ) |
| Defendant. | ) |

## ORDER

UPON CONSIDERATION of the motion made by the Defendant Larry A. Domash for an involuntary dismissal, any opposition thereto, and the entire record herein, it is by the Court this _____ day of September, 2006,

ORDERED that Defendant's motion be, and hereby is granted; and it is further

ORDERED that Plaintiff's claims be, and hereby are, dismissed with prejudice.


                                                           Hon. Henry H. Kennedy, Jr.
                                                           United States District Judge

cc:    acarter@acarterlaw.com

        Mr. Peter M. Mace
        4701 Connecticut Ave. N.W.
        Apt. 209
        Washington, D.C.  20008