UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER M. MACE,<br><br>              Plaintiff,<br><br>     v.<br><br>LARRY A. DOMASH,<br><br>             Defendant. | Civil Action 05-02244 (HHK) |

ORDER DIRECTING PLAINTIFF TO RESPOND
TO DEFENDANT'S MOTION FOR INVOLUNTARY DISMISSAL

     This matter comes before the court upon defendant's motion for involuntary dismissal [#7], filed September 5, 2006. In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the D.C. Circuit held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice ... should include an explanation that the failure to respond ... may result in the district court granting the motion and dismissing the case." *Id.* at 509. Plaintiff is also referred to Local Rule 7(b) which provides that a party has 11 days within which to respond to a motion. Otherwise, under certain circumstances, the court may treat the motion as conceded.

     Accordingly, it is by the court this 7th day of September, 2006,

**ORDERED** that plaintiff file his opposition to defendant's motion on or before September 26, 2006. If plaintiff fails to file a response or opposition to defendant's motion by this deadline, the court may enter judgment in favor of defendant.

                                                Henry H. Kennedy, Jr.
                                                United States District Judge