UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER M. MACE, | |
| Plaintiff, | |
| v. | Civil Action 05-02244 (HHK) |
| LARRY A. DOMASH, | |
| Defendant. | |

## PLAINTIFF'S RESPONSE AND OPPOSITION TO
## DEFENDANT'S MOTION FOR INVOLUNTARY DISMISSAL

Contrary to defendant's assertion, plaintiff did retain new counsel – Mr. Barton Walker, after Mr. Robert Ackerman withdrew his appearance on April 14, 2006.

Mr. Walker and Mr. Carter conferred prior to the initial scheduling conference July 6, 2006. For mutual reasons, Mr. Walker, because he was still working up the case and overcoming travel caused illness and fatigue and Mr. Carter, because he was embroiled in other litigation, agreed to request of the Court, a continuance of the proceeding. That continuance was granted and the hearing rescheduled to September 6, 2006.

Upon leaving the Court July 6, 2006 defendant's counsel courteously told the plaintiff that since he was represented by Mr. Walker he was to have no contact with his office except through Mr. Walker. Plaintiff had no reason to doubt the legitimacy of defendant counsel's request and agreed to honor it.

In the five weeks following the July 6, 2006 Court proceeding plaintiff and his counsel, Mr. Walker, worked to establish their case. Mindful of defendant counsel's admonition against direct contact and having been told by his own counsel that said counsel would meet and confer with counsel for the defendant, plaintiff had no reason to assume that anything less would take place.

RECEIVED
SEP 21 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The contents of the plaintiff's letter of September 4, 2006 – please see attached – are known to both the Court and defendant's counsel. The contents of said letter was read aloud to each office and left via telephone message September 3, 2006. A copy of the letter was faxed to defendant's counsel the day it was typed, September 4. An attempt to fax a copy to the Court September 4th failed. The Court received a copy of the same letter September 6, 2006.

Believing himself to be represented by counsel prior to September 2, 2006 plaintiff made no attempt – nor would he – to avoid the Court's rules. To the contrary, his counsel indicated that all would be in order and then failed to act responsibly.

This case concerns far more than money and involved the lives of many. It should not be terminated because of the failure of one man to do what he said he would do. Therefore, in order to prevent the compounding of an injustice, the plaintiff requests that the defendant's motion for involuntary dismissal be rejected and that the case set for trial Friday, June 8, 2007 at 9:45 AM be allowed to go forward.

Sincerely,

*Peter M. Mace*

Peter M Mace
Plaintiff, pro se
4701 Connecticut Ave., N.W.
Apt. 209
Washington, D.C.  20008

(202) 966-2761

Dated: September 18, 2006

Mr. Peter M. Mace
4701 Connecticut Ave., Apt. 209
Washington, DC 20008
Case No. 1:05 CVO2244 (HKK)

September 4, 2006

Hon. Henry H. Kennedy, Jr.
United States District Judge
United States District Court for the District of Columbia
3rd Street and Constitution Ave., N.W.
Washington, D.C.

Dear Judge Kennedy:

On Saturday, September 2nd, I succeeded in establishing contact with my attorney, Barton Walker. This was achieved after almost 3 weeks of steady attempts on my part to make contact. Four points became clear in that conversation:

1) It is apparent that, contrary to what he said, he is indifferent to his responsibilities in this case.
2) To the best of my knowledge, he has not made an appearance in this case. Indeed, based on what he said yesterday, I now question whether he is correctly or adequately licensed in D.C.
3) By his own admission, he has not spoken recently to opposing counsel, Mr. Adam Carter, although he had affirmed that he would do so.
4) He is currently in New Hampshire and has no intention of returning in time for Wednesday's scheduling hearing, although he has known about it for eight weeks.

Given his wanton disregard for his responsibilities in this matter, I have fired him. I have contacted my previous counsel, Robert Ackerman, for a referral. You will remember Mr. Ackerman was injured in an accident. I will attend the Wednesday proceeding myself and apologize to the court and Mr. Carter, who I will contact today. I find this situation extremely embarrassing and I do apologize to you both.

One of the people who wants to testify in this case is a former senior FBI special agent with 28 years in law enforcement. He told me today, disgusted with Mr. Walker, that he "just wants to be heard." I feel the same way. In order to accomplish this goal, I ask the court and Mr. Carter to allow me five weeks to replace Mr. Walker, and to reset the scheduling hearing for the week of October 8th.

A point in closing: I believe Barton Walker to be an honorable man. He has done great good in his life, protected many and served the Republic faithfully, often at considerable risk to himself. A mutual friend who knows more of his situation than I, believes Mr. Walker to be under great emotional stress and attributes his uncharacteristic behavior to that.

If I can be of any help, please feel free to leave a message at my home number: (202) 966-2761.

Sincerely,

*Peter M. Mace* (signature)

Peter M. Mace

Cc: Mr. Adam A. Carter, Esq.