# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Peter M. Mace </br></br>    Plaintiffs, </br></br>        vs. </br></br> Larry A. Domash </br></br>    Defendant | ) </br> ) </br> ) Case No. 1: 06-02244 (HHK) </br> ) Judge Henry H. Kennedy, Jr. </br> ) Next Event: Discovery Completion Date 5 </br> ) February 2007 </br> ) </br> ) </br> ) |

## Entry of Appearance

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for Plaintiff Peter M. Mace.

Respectfully submitted,

Dated: 24 October 2006    Signed:    __/s/_____
                                      Michael J. Trevelline, DC Bar # 437454
                         Address:     1823 Jefferson Place, NW
                                      Washington, DC 20036-2504
                         Telephone:   (202) 737-1139/Fax: (202) 775-1118
                         Email:       mjt@mjtlegal.com

Attorney for **Plaintiff Peter M. Mace**

## Certificate of Service

I hereby certify that the **foregoing** this **24 October 2006** was served by electronic case filing through the Court.

___/s/_____
Michael J. Trevelline