UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Peter M. Mace <br> Plaintiffs, <br> vs. <br> Larry A. Domash <br> Defendant | ) ) ) ) ) ) ) ) ) ) ) <br> Case No. 1: 05-02244 (HHK) <br> Judge Henry H. Kennedy, Jr. |

### Affidavit of Peter M. Mace

I, Peter M. Mace do hereby depose and say:

1. I am over the age of 18 and am competent to testify and to make this affidavit and make this affidavit from personal knowledge. I am the Plaintiff in the above-captioned matter.

2. My first attorney in this matter, Mr. Robert Ackerman, had a serious accident in April of this year, 2006. He asked to be released from representation, which I agreed to. The Court granted his motion to withdraw on 5 May. With Mr. Ackerman's aid, I undertook to hire replacement counsel. Sometime between 10 and 24 May, Mr. Ackerman and I met with Mr. Barton Walker, an attorney who said he was interested in representing me. At this meeting I hired Mr. Walker. I understood that Mr. Walker called the Defendant's lawyer, Mr. Carter, and introduced himself.

3. Mr. Walker, however, never did much work on the case, if any. He never even entered an appearance. After receiving from him a series of excusing for not doing any work for

EXHIBIT
/

*Affidavit of Peter Mace—Page 1*

about three months, I fired him on 3 September and left a voice mail with Mr. Carter so informing him.  On 4 September, I left a voice message with Judge Kennedy's chambers informing the Court of the firing, as I thought I was obliged to do or was at least the polite thing to do.

4. While representing myself I never did respond to Defendant's Requests for Admission since I did not know I had to: On 6 September I attended on my own behalf the scheduling hearing where the Court set a trial-type date for 8 June 2007 and where the Court instructed me to hire replacement counsel, which I promised to do.  The day before, Defendant had filed a Motion for Involuntary Dismiss, and on 11 September I received the Court's order for me to respond.  A few days later I received the Requests for Admission and on 19 September I filed an opposition to the Motion.  Since the Court had not ruled on the Motion for Involuntary Dismissal, I assumed that I did not have to respond to the Requests for Admission until after I had received a favorable ruling.  By not responding I certainly meant no disrespect to the Court nor to Mr. Carter and feel bad that Mr. Carter took my confusion as a personal slight.

5. I hired replacement counsel Mr. Trevelline on 19 October 2006.

6. I declare under penalty of perjury that the foregoing

*Affidavit of Peter Mace—Page 2*

is true and correct. Executed on \_\_\_\_10 November 2006\_\_\_.

                                                      Peter M. Mace