UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PETER M. MACE, )<br>)<br>    Plaintiff, )<br>)<br>v.   )<br>)<br>LARRY A. DOMASH, )<br>)<br>    Defendant. )<br>)  | Case No. 1:05CV02244 |

### DEFENDANT LARRY DOMASH'S INITIAL DISCLOSURES

Pursuant to Fed. R. Civ. P. 26(a)(1), Defendant Larry Domash hereby provides the following Initial Disclosures:

A. The following individuals are likely to have discoverable information that Defendant may use to support his claims.

1. Larry A. Domash, 908 Central Avenue, Highland Park, IL 60035. (847) 681-8134. Mr. Domash has information regarding the allegations in the Complaint that Mr. Mace managed his legal fairs and the allegations that the parties had a contract and/or business relationship.

2. Peter M. Mace, 4701 Connecticut Ave. N.W., Apt. 209, Washington, D.C. 20008.

3. Joseph H. Walsh, Esq., Menard, Murphy & Walsh LLP, 60 State Street, Boston, MA 02109. (617) 832-2500. Defendant believes Mr. Walsh has information regarding the allegations in the Complaint that Mr. Mace managed Mr. Domash's legal affairs.

4. Dr. George A. Graham, Jr., N8 W30095 Woodcrest Drive, Waukesha, WI 53188. (262) 968-5814. Defendant believes that Dr. Graham has information regarding the allegations in the Complaint that Mr. Mace and Mr. Domash had a business relationship.

EXHIBIT 3

Defendant expressly reserves his right to supplement this list after further investigation and receipt of documents and other discoverable information from Plaintiff.

B. Enclosed herewith are copies of documents in Defendant's possession, custody or control that he may use to support his defenses. They are Bates-numbered LD 0000 through LD 0048.

C. Defendant states that he has no disclosures to make pursuant to Rule 26(a)(1)(C) and (D).

Respectfully submitted,

_____
Adam Augustine Carter
DC Bar # 437381
888 Seventeenth Street, N.W., Suite 900
Washington, D.C. 20006-3307
Tel: 202-261-2803
Fax: 202-261-2835
acarter@acarterlaw.com

Dated: October 30, 2006

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Defendant Larry Domash's Initial Disclosures was delivered via email to the following counsel for Plaintiff Peter M. Mace, this 30th day of October, 2006.

Michael J. Trevelline, Esq.
1823 Jefferson Place, NW
Washington, DC 20036-2504
mjt@mjtlegal.com

_____
Adam Augustine Carter