UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Peter M. Mace <br> Plaintiffs, <br> vs. <br> Larry A. Domash <br> Defendant | Case No. 1: 05-02244 (HHK) <br> Judge Henry H. Kennedy, Jr. |

## Statement of Material Facts in Dispute

In support of Plaintiff's opposition to Defendant's motion for summary judgment, the plaintiff submits that the following material facts are in dispute:

Defendant asserts all the facts found in its requests for admission (Exhibit 1 to Defendant's Motion for Summary Judgment) while Plaintiff denies the majority of those facts as seen on Plaintiff's response to Defendant's Requests for Admission (Exhibit 2 to Plaintiff's Opposition Memorandum).

Respectfully submitted,

Dated: 10 November 2006   Signed: _____

Michael J. Trevelline, DC Bar # 437454
Address:    1823 Jefferson Place, NW
            Washington, DC 20036-2504
Telephone:  (202) 737-1139/Fax: (202) 775-1118
Email:      mjt@mjtlegal.com

Attorney for **Plaintiff Peter M. Mace**

EXHIBIT 4