UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Peter M. Mace )<br>    Plaintiffs, )<br>    vs. )<br>Larry A. Domash )<br>    Defendant ) | Case No. 1: 05-02244 (HHK)<br>Judge Henry H. Kennedy, Jr. |

## Order

This matter came before the court upon Defendant's Motion for Summary Judgment, and it appearing that good cause does not exist for such motion;

IT IS THEREFORE ORDERED, that the Motion for Summary Judgment be, and it is, hereby DENIED.

Plaintiff's responses to Defendant's Requests for Admission are deemed to have been timely filed.

Dated: _____      _____

                                         The Honorable Judge Henry H. Kennedy, Jr.

Copies to:

Michael J. Trevelline
Attorney-at-Law
1823 Jefferson Place, NW
Washington, DC 20036-2504

Adam Augustine Carter
Attorney-at-Law
888 Seventh Street, NW, Suite 900
Washington, DC 20006



EXHIBIT 5