UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER M. MACE,<br><br>      Plaintiff,<br><br>v.<br><br>LARRY A. DOMASH,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 1:05CV02244 (HHK)<br>) NEXT EVENT:<br>) Close of Discovery - 2/5/07<br>)<br>)<br>) |

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Pursuant to LcvR 83.2(d), the undersigned, counsel for Defendant Larry Domash, hereby moves the Court to grant Douglas S. Brooks leave to appear and practice in this Court *pro hac vice*. As support for this motion, the undersigned incorporates the accompanying Declaration of Douglas S. Brooks.

Respectfully submitted,

Adam Augustine Carter
DC Bar # 437381
888 Seventeenth Street, N.W., Suite 900
Washington, D.C. 20006-3307
Tel: 202-261-2803
Fax: 202-261-2835
acarter@acarterlaw.com

*Attorney for Larry A. Domash*

Dated: November 16, 2006

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Admit Counsel *Pro Hac Vice* was delivered via the ECF system to the following counsel for Plaintiff Peter M. Mace, this 16th day of November, 2006.

Michael J. Trevelline, Esq.
1823 Jefferson Place, NW
Washington, D.C. 20036-2504
mjt@mjtlegal.com.

_____
Adam Augustine Carter

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER M. MACE<br><br>              Plaintiff<br><br>v.<br><br>LARRY A. DOMASH<br><br><br>              Defendant | Case No. 1:05CV02244 (HHK)<br>NEXT EVENT:<br>Close of Discovery - 2/5/07 |

## DECLARATION OF DOUGLAS S. BROOKS

I, Douglas S. Brooks, do hereby declare as follows:

1.     I am a partner at the law firm Kelly, Libby & Hoopes, P.C., 175 Federal Street, Boston, Massachusetts 02110. The office telephone number is (617) 338-9300. My email address is dbrooks@klhboston.com.

2.     I am a member in good standing of the bars of the Commonwealth of Massachusetts, the United States District Court for the District of Massachusetts and the United States Court of Appeals First Circuit.

3.     I hereby certify that I have not been disciplined by any bar.

4.     I have not been admitted to practice *pro hac vice* in this Court within the last two years.

5. I do not engage in the practice of law from an office located in the District of Columbia.

SIGNED UNDER THE PENALTIES OF PERJURY, THIS 10TH DAY OF NOVEMBER, 2006.

_____
Douglas S. Brooks