UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Peter M. Mace<br>　　　Plaintiffs,<br>　　　vs.<br>Larry A. Domash<br>　　　Defendant | Case No. 1: 05-02244 (HHK)<br>Judge Henry H. Kennedy, Jr.<br>Next Event:  Discovery Completion Date 5 February 2007 |

## Joint Motion to Extend Discovery

　　　The Plaintiff, Peter Mace, and Defendant, Larry Domash, pursuant to Fed. R. of Civ. P. 16(b), through counsel, move this Court to modify the scheduling order as seen in the attached proposed order, which provides for an extension of all deadlines by 45 days.

　　　The facts and legal grounds on which this motion is based are:

　　　1.　　　Appendix C to the Scheduling Order dated 17 November 2006 provides that discovery shall be completed by 5 February 2007.  Counsel for both Plaintiff and Defendant represent to the Court that they have been diligently working on conducting discovery and that despite the progress made additional time is needed to complete discovery.

　　　2.　　　Defendant noticed deposition of Plaintiff for 4 January 2007.  Plaintiff is unable to attend a deposition until the week of 15 January 2007 (for the reasons provided in his affidavit at Exhibit A) and Defendant's counsel Douglas Brooks' schedule is

*Motion to Extend Discovery—Page 1*

such that he will not be able to complete depositions of Plaintiff's various witnesses (who are located in several different states, including California and Wisconsin) by the current deadline if Plaintiff's deposition does not take place until that time. More specifically, Mr. Brooks has various court hearings in state and federal court in Massachusetts in mid-to late January and also has some personal obligations that will prevent his ability to complete discovery in this case by the current deadline if Plaintiff's deposition is delayed as requested.

3.  Both Plaintiff's counsel and Defendant's counsel believe that despite the parties' good faith efforts discovery could not be completed by 5 February, that judicial efficiency would be served by resetting the scheduling deadlines.

Respectfully submitted,

Dated: 4 January 2007

Signed: ___/s/_____
Michael J. Trevelline, DC Bar # 437454
Address: 1823 Jefferson Place, NW
Washington, DC 20036-2504
Telephone: (202) 737-1139/Fax: (202) 775-1118
Email: mjt@mjtlegal.com

Attorney for **Plaintiff Peter M. Mace**

Dated: 4 January 2007

Signed: ___/s/_____
Douglas Brooks
*Pro Hoc Vice*
Kelly, Libby & Hoopes, P.C.
Address: 175 Federal Street
Boston, MA 02110
Telephone: (617) 338-9300/Fax: (617) 261-2835
Email: dbrooks@klhboston.com

Attorney for **Defendant Larry Domash**

*Motion to Extend Discovery—Page 2*

3 Exhibits:
A. Affidavit of Peter Mace
B. Appendix C (Scheduling Deadlines) to Scheduling Order
C. Proposed Order

## Memorandum of Points and Authorities

Federal Rule of Civil Procedure 16(b).

Respectfully submitted,

Dated: 4 January 2007    Signed:    ____/s/_____
                                    Michael J. Trevelline

Dated: 4 January 2007    Signed:    ____/s/_____
                                    Douglas Brooks

## Certificate of Service

I hereby certify that a copy of the **foregoing** was served by electronic case filing through the Court:

____/s/_____
Michael J. Trevelline

*Motion to Extend Discovery—Page 3*