UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Peter M. Mace<br><br>    Plaintiffs,<br><br>    vs.<br><br>Larry A. Domash<br><br>    Defendant | Case No. 1: 05-02244 (HHK)<br>Judge Henry H. Kennedy, Jr. |

### Affidavit of Peter M. Mace

I, Peter M. Mace do hereby depose and say:

1.    I am over the age of 18 and am competent to testify and to make this affidavit and make this affidavit from personal knowledge. I am the Plaintiff in the above-captioned matter.

2.    I am not able to attend a deposition until after 15 January since my work schedule would not permit. I am presently employed as a security officer by a government contractor, with my duty title being Elite Team Security Officer or informally deputy project manager for the site. I am assigned to a Pentagon Annex. My security unit is comprised of sixty-one officers and is an auxiliary of the Pentagon Force Protection Agency and the Pentagon Police.

3.    On 26 December two of my lieutenants were removed for inappropriate behavior, resulting in my captain being removed as well. Because of the unexpected nature of the removals, the resulting personnel shortage, the damage to the Pentagon's trust in the security force, and my supervisors' reliance



*Affidavit of Peter Mace—Page 1*

on me to work to remedy the situation, I have been working 12-hour shifts Monday through Friday and am on-call during weekends. In addition, I have no personal or sick leave I could take. I do not anticipating being able to take time off to prepare for a deposition and to attend a deposition until after 15 January.

    4.    I declare under penalty of perjury that the foregoing is true and correct. Executed on ___January 3, 2007___.

_____Peter M. Mace_____
Peter M. Mace

*Affidavit of Peter Mace—Page { PAGE }*