APPENDIX C
(Scheduling Deadlines)

This case shall be governed by the following deadlines:

1. Any motion to amend the pleadings shall be filed by no later than November 20, 2007.

2. Discovery shall be completed by February 5, 2007.

3. Any dispositive motion shall be filed by no later than March 12, 2007.

4. Any opposition to any dispositive motion shall be filed no later than April 9, 2007.

5. Any Reply shall be filed no later than April 27, 2007.

