## DEFENDANT LARRY DOMASH' PRIVILEGE LOG

| Dates | Document Type | Author | Recipient | Subject Matter | Privilege Claimed | Bates Numbers |
|---|---|---|---|---|---|---|
| June 1998 to April 2004 | Journal – Graham Consulting, Ltd. | George Graham | N/A | Time Entries Related to Larry Domash | Patient-Therapist | LD 0052-LD 0268 |
| June 1998 to February 2002 | Graham Consulting, Ltd. – time Sheets | George Graham | N/A | Time Entries Related to Larry Domash | Patient-Therapist | LD 0269-LD 0311 |


EXHIBIT A