JOSEPH V. CUPO
CERTIFIED PUBLIC ACCOUNTANT
1726 M ST., N.W., SUITE 1101
WASHINGTON, D.C. 20036
(202) 659-1040
FAX # (202) 659-1049
E MAIL: JOECUPOCPA@AOL.COM

March 13, 2007

Mr. Mike Trevelline, Esq.
1823 Jefferson Pl., N.W.
Washington, D.C. 20036

Dear Mike:

I've researched all documents presented (#110-212, 333, 334, and 342-1637).

All pertinent data was entered onto an Excel spreadsheet. I've enclosed that spreadsheet with additional spreadsheets to help others understand what these documents reflect at this time.

Document Analysis spreadsheet

This spreadsheet is the source of all analysis listing all pertinent info for each Mace #. The expenses for Judy are added together with peter's but her expenses are indicated in the "Comment" column of the spreadsheet. It will take me 1-2 hours to extract her expenses and add it to a separate column.

Inventory of Credit Cards

This categorizes all monthly credit card statements and those missing, but no earlier than April 1999.

Credit Card balances

This spreadsheet summarizes the amount owed by Mace in the beginning and at the end of scope of work (April 1999-November 2002). Monthly statements were not always available so I selected the balances on the earliest credit card statements up until April 1999. Likewise, I selected the balances on most recent credit card statements, up until November 2002.



EXHIBIT
B

Financial Report 0001

Page 2

Questions

This was used to summarize questions as I proceeded with the work. These are listed below.

1.) Mace # 555 is an Installment Loan for $15k. Was this used to pay off other credit cards? Used to pay personal expenses?

2.) Mace #975 is for ck# 8402, 8403, & 8404. These are transfers to other credit cards? They total $18,591.97

3.) MBNA # 9823 has cash advances from Feb 2000- Dec 2000 for $ 50,250. What were these cash advances for? See comment column of spreadsheet labeled "Document Analysis."

4.) Mace # 976 - #1,157 has payments but they could be transfers. Are these for expenses and not transfers to/from other credit cards?

5.) Mace #1303- $45k check: Is this a transfer?

6.) #1531- #1535 is BOA/Fleet state listing monthly payments do not = #1537 - #1637 (which are BOA checks). How do these apply?

7.) # 0123 lists all CCs. You have Sears #5666. I don't have a Discover card with #5666. I have BOA #4896. You don't have it listed; it is an extension of #5447?

8. Missing Credit Card statements (dates listed below are closing dates):

Discover #7980: 8/24/99 and 12/24/99.

Optima AMEX #92000: 9/9/1999, 10/9/1999, 11/9/1999 12/9/1999, 1/9/02, 2/9/02, 3/9/02, 4/9/02, 5/9/02.

First USA #2942: Any 1999 or 2000 statements.

MBNA #014 197: 8/6/00, 9/6/00, 10/6/00, 11/6/00, 12/6/00, 1/6/01, 2/6/01, 3/6/01.

BOA #4896: 7/27/99 and 8/25/00.

AMEX #42007: 8/25/99, 9/25/99, 10/25/99, 12/25/99, 1/25/00, 2/25/00.

Chase #4427: 6/20/00, 7/20/00, 10/20/00, 11/20/00, 12/20/00, 1/21/01, 2/21/01, 4/21/01, 12/20/01, 1/18/02, 2/18/02, 3/18/02.

Financial Report  0003

Page 3

MBNA #9823: No 1999

First USA #3978: 5/21/99, 6/21/99, 7/21/99, 8/21/99, 5/20/00, 6/20/00, 7/20/00, 8/20/00, 9/20/00.

       Please don't hesitate to call me if you have questions.

_____
Joseph V. Cupo, CPA