UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Peter M. Mace <br><br> Plaintiffs, <br><br> vs. <br><br> Larry A. Domash <br><br> Defendant | Case No. 1: 05-02244 (HHK) <br> Judge Henry H. Kennedy, Jr. <br> Next Event: Discovery Completion Date 5 February 2007 |

## Order

This matter came before the Court upon Joint Motion to Extend Discovery, and it appearing that good cause does exist for such motion;

IT IS THEREFORE ORDERED, that the Joint Motion to Extend Discovery be, and it is, hereby GRANTED;

This case will be governed by the following deadlines:

1. Discovery shall be completed by March 2007.

2. Any dispositive motion shall be filed by no later than April 2007.

3. Any opposition to any dispositive motion shall be filed no later than April 2007.

4. Any Reply shall be filed no later than June 2007.

Dated: _____     _____
                                    The Honorable Judge Henry H. Kennedy, Jr.

Copies to:

Michael J. Trevelline
Attorney-at-Law
1823 Jefferson Place, NW
Washington, DC 20036-2504

Douglas S. Brooks
Kelly, Libby & Hoopes, P.C.
175 Federal Street
Boston, MA 02110

EXHIBIT C