UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Peter M. Mace<br><br>Plaintiffs,<br><br>vs.<br><br>Larry A. Domash<br><br>Defendant | Case No. 1: 05-02244 (HHK)<br>Judge Henry H. Kennedy, Jr. |

## Order

This matter came before the Court upon Plaintiff's Motion to Extend Discovery, and it appearing that good cause does exist for such motion;

IT IS THEREFORE ORDERED, that the Motion to Extend Discovery be, and it is, hereby GRANTED;

This case will be governed by the following deadlines:

1. Discovery shall be completed by 21 April 2007.

2. Any dispositive motion shall be filed by no later than 26 May 2007.

3. Any opposition to any dispositive motion shall be filed no later than 23 June 2007.

4. Any Reply shall be filed no later than 11 July 2007.

Dated: _____     _____
The Honorable Judge Henry H. Kennedy, Jr.

Copies to:

Michael J. Trevelline
Attorney-at-Law
1823 Jefferson Place, NW
Washington, DC  20036-2504

Douglas S. Brooks
Kelly, Libby & Hoopes, P.C.
175 Federal Street
Boston, MA  02110