# EXHIBIT E

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER M. MACE | ) |
| Plaintiff | ) |
| v. | ) Case No. 1:05CV02244 (HHK) |
| | ) <u>NEXT EVENT:</u> |
| LARRY A. DOMASH | ) Dispositive Motions Filed by 4/26/07 |
| Defendant | ) |

## <u>AFFIDAVIT OF DOUGLAS S. BROOKS</u>

I, Douglas S. Brooks, do hereby depose and state as follows:

1. Having been admitted *pro hac vice*, along with Adam Augustine Carter, Esq., I am counsel of record for Defendant in this matter.

2. On December 22, 2006, Defendant noticed Plaintiff's deposition for January 4, 2007.

3. On December 26, 2006, through his colleague or assistant, Ann Vroom, counsel for Plaintiff rescheduled Plaintiff's deposition for January 9, 2007.

4. On December 29, 2006, counsel for Plaintiff called me to say that the deposition would again have to be rescheduled because, despite the earlier agreement, his client would not be available on January 9.

5.  With the discovery deadline of February 5, 2007 looming, I agreed to reschedule Plaintiff's deposition – contingent on the Court granting an extension to the discovery deadline.

6.  Through counsel, Defendant took Plaintiff's deposition on February 21 and 22, 2007.

7.  On March 15, 2007 – one week before the discovery deadline – Plaintiff served his second set of interrogatories and requests for documents.

8.  On March 21, 2007, one day before the discovery deadline, Plaintiff served his first requests for admissions on Defendant.

9.  On March 22, 2007, Defendant served his objections to all of these discovery requests, on the ground that they were not timely served.

SIGNED UNDER THE PENALTIES OF PERJURY, THIS 28TH DAY OF MARCH, 2007.

_____
Douglas S. Brooks

2