# EXHIBIT F

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER M. MACE<br>4701 Connecticut Ave. N.W., Apt. 209<br>Washington, D.C. 20008<br><br>          Plaintiff<br><br>v.<br><br>LARRY A. DOMASH<br>2021 St. John's Avenue, Apt. 1C<br>Highland Park, IL 60035<br><br>          Defendant | Case No. 1:05CV02244 (HHK) |

## ORDER

UPON CONSIDERATION of the motion made by Plaintiff Peter M. Mace for an extension of the discovery deadline, Defendant Larry Domash's opposition thereto, and the entire record herein, it is by the Court this ___ day of _____ 2007,

ORDERED that Plaintiff's motion be, and hereby is DENIED.

                                                Hon. Henry H. Kennedy, Jr.
                                                United States District Judge

cc:     acarter@acarterlaw.com
        mjt@mjtlegal.com