UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Peter M. Mace <br> Plaintiffs, <br> vs. <br> Larry A. Domash <br> Defendant | Case No. 1: 05-02244 (HHK) <br> Judge Henry H. Kennedy, Jr. |

## Affidavit of Peter M. Mace

I, Peter M. Mace do hereby depose and say:

1. I am over the age of 18 and am competent to testify and to make this affidavit and make this affidavit from personal knowledge. I am the Plaintiff in the above-captioned matter.

2. I am presently employed as a security officer by a government contractor. As I allege in my Complaint, I have exhausted my personal funds, and I have incurred several thousand dollars in credit card debt in reliance upon a promise that Mr. Domash, the defendant, made to me. I am working full-time and regularly work as much overtime and additional duties, including weekends, as are available in order to fund this litigation.

3. I raised $5,000 and paid it as a retainer to a certified public accountant in order to prepare a report summarizing the more that 1,400 pages of credit card and bank statements that show the debt I incurred because of Mr. Domash's promise. I provided these to the CPA in January when I hired him. The CPA notified me and my lawyer on 13 March that a few of the statements were

*Affidavit of Peter Mace—Page 1*



missing and were needed to finish the financial report. These statements have been ordered and the CPA should have them soon to finish the report. The CPA has used about $4,000 of the retainer, and I understand that he will not need a further retainer to finish the report since it is almost complete—all that is needed are the few missing statements.

4. I state that I acted promptly in hiring the CPA and in working with him to prepare a financial report. I would have hired him before January, but it took me time to raise the funds to hire him.

5. I declare under penalty of perjury that the foregoing is true and correct. Executed on ___April 2nd, 2007___.

*Peter M. Mace*
Peter M. Mace

*Affidavit of Peter Mace—Page 2*