reinhartlaw.com



REINHART
BOERNER·VAN DEUREN s.c.
ATTORNEYS AT LAW

March 17, 2007

Erin E. O'Connor, Esq.
Direct Dial:  414-298-8160
eoconnor@reinhartlaw.com

SENT BY E-MAIL AND
FIRST CLASS MAIL

Douglas S. Brooks, Esq.
Kelly, Libby & Hoopes, P.C.
175 Federal Street
Boston, MA 02110

Dear Mr. Brooks:   Re:  Objection to Subpoena in Peter Mace v. Larry Domash

I represent Dr. George Graham in connection with the deposition and document subpoena he received regarding the above matter. This letter constitutes Dr. Graham's Federal Rules of Civil Procedure, Rule 45(c)(2)(B) letter objecting to the subpoena. Dr. Graham objects to the subpoena because it is overbroad, vague, it requests privileged information and may violate the confidentiality rights of Dr. Graham's patients, and because it does not allow a reasonable time for response.

The ambiguous terms in the subpoena, as well as the lack of meaningful time frames, make it difficult to interpret what documents are being requested. By way of example only, the request for documents relating to "any assistance Mr. Mace has provided to Mr. Domash" is vague and overbroad - it does not provide clarity as to what sort of "assistance" allegedly was provided or at what time the alleged "assistance" was provided.

Moreover, the subpoena requests the production of these documents on March 22, 2007 and also requests Dr. Graham's attendance at a deposition on that date. However, Dr. Graham did not receive the subpoena until March 14, 2007. Eight days is not enough time to locate, review and produce the requested documents nor is it enough time for Dr. Graham to clear his schedule, prepare, and sit for the deposition. Additionally, it appears that the document requests ask for confidential patient information protected by federal law, which Dr. Graham will not produce.



P.O. Box 2965, Milwaukee, WI 53201-2965 · 1000 North Water Street, Suite 2100, Milwaukee, WI 53202
Telephone: 414-298-1000 · Facsimile: 414-298-8097 · Toll Free: 800-553-6215

Madison, WI · Telephone: 608-229-2200 · Toll Free: 800-728-6239
Waukesha, WI · Telephone: 262-951-4500 · Toll Free: 800-928-5529
Rockford, IL · Telephone: 815-633-5300 · Toll Free: 800-840-5420



EXHIBIT B

Douglas S. Brooks, Esq.
March 17, 2007
Page 2

    The subpoena also requests Dr. Graham's presence at a deposition on March 22, 2007. I propose that we postpone the deposition until the issues concerning the document requests can be resolved, as I assume you would like to review any documents Dr. Graham may produce prior to his deposition. I also am hopeful that if Dr. Graham produces documents, this will obviate the need for his deposition altogether.

    Please contact me to discuss the resolution of the above matters.

                                            Yours very truly,

                                            Erin E. O'Connor

MW\1407464EEO:CFC

cc    Mr. Michael Trevelline, Esq.