UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER M. MACE<br><br>Plaintiff<br><br>v.<br><br>LARRY A. DOMASH<br><br>Defendant | Case No. 1:05CV02244 (HHK)<br>NEXT EVENT:<br>Dispositive Motions Due – 5/29/07 |

**DEFENDANT'S ASSENTED-TO MOTION TO
EXTEND DISPOSITIVE MOTION FILING DEADLINES**

Defendant Larry Domash, with the assent of Plaintiff, hereby respectfully moves the Court to extend the deadline for filing dispositive motions on the ground that Plaintiff still has significant outstanding discovery to provide Defendant. Defendant requests that the Court extend the deadline until 21 days after the dispute over Plaintiff's discovery responses and production is resolved. As support for this Motion, Defendant states as follows:

1.  Plaintiff filed this claim on November 18, 2005.

2.  As far back as November 17, 2006, Plaintiff indicated – through his Rule 26 Initial Disclosures – that he was having an accountant "prepare a precise statement of [the] expenses, costs and interest" related to his damages claim.

3.  Additionally, in response to the various discovery requests propounded by Defendant seeking information related to Plaintiff's damages claim, as well as in

response to damages-related questions asked during his deposition, Plaintiff has repeatedly answered by referencing the to-be produced accountant's report.

    4.    On April 10, 2007, the Court granted Plaintiff's Motion to Extend the Discovery Deadline, which Plaintiff filed, in part, so that he could timely produce the accountant's report. The Court extended the discovery deadline to April 21, 2007. Nonetheless, as of today's date (nearly three weeks past the amended deadline), Plaintiff has not yet produced that report, as it is apparently unfinished.

    5.    Pursuant to the Scheduling Order in this case, the undersigned is in the process of setting up a conference call with the Court as a precursor to Defendant potentially filing a motion to compel based on the above and certain other related discovery issues.

    6.    As part of the Court's April 10, 2007 Order extending the discovery deadline, the Court set May 26, 2007 as the deadline for filing dispositive motions.[1]

    7.    Counsel believe that it would be premature to draft and file dispositive motions during such time as discovery is not yet complete. Accordingly, with the assent of Plaintiff, Defendant requests that the date for filing dispositive motions be extended until 21 days after the discovery dispute has been resolved (and the dates for oppositions and replies be likewise extended).

---

[1] By Rule, because May 26, 2007 is a Sunday, and Monday the 28th is a holiday, dispositive motions are currently due on Tuesday, May 29, 2007.

2

WHEREFORE, Defendant respectfully requests that the Court grant this Motion.

Respectfully submitted,

/s/ Adam Augustine Carter_____
Adam Augustine Carter
DC Bar # 437381
888 Seventeenth Street, N.W., Suite 900
Washington, D.C.  20006-3307
Tel: 202-261-2803
Fax: 202-261-2835
acarter@acarterlaw.com


/s/ Douglas S. Brooks_____
Douglas S. Brooks
*Pro Hac Vice*
Kelly, Libby & Hoopes, P.C.
175 Federal Street
Boston, MA 02110
Tel: 617-338-9300
Fax: 617-338-9911
dbrooks@klhboston.com

Dated:  May 10, 2007

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing Defendant Larry Domash's Objection to Plaintiff's Second Requests for Production was delivered via email to the following counsel for Plaintiff Peter M. Mace, this 10th day of May, 2007.

Michael J. Trevelline, Esq.
1823 Jefferson Place, NW
Washington, D.C. 20036-2504
mjt@mjtlegal.com

/s/ Douglas S. Brooks_____
Douglas S. Brooks