UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PETER M. MACE <br> 4701 Connecticut Ave. N.W., Apt. 209 <br> Washington, D.C. 20008 <br><br> Plaintiff <br><br> v. <br><br> LARRY A. DOMASH <br> 2021 St. John's Avenue, Apt. 1C <br> Highland Park, IL 60035 <br><br> Defendant | Case No. 1:05CV02244 (HHK) |

## **ORDER**

UPON CONSIDERATION of the assented-to motion made by Defendant Larry Domash to extend the deadline for filing dispositive motions, and the entire record herein, it is by the Court this __ day of May, 2007

ORDERED that Defendant's motion be, and hereby is granted; and it is further

ORDERED that the deadline for filing dispositive motions be extended until 21 days after the parties' discovery disputes are resolved and that the deadlines for oppositions and replies to dispositive motions be likewise extended.

_____
Hon. Henry H. Kennedy, Jr.
United States District Judge

cc:   acarter@acarterlaw.com
      mjt@mjtlegal.com