UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER M. MACE,<br><br>    Plaintiff,<br><br>  v.<br><br>LARRY A. DOMASH,<br><br>    Defendant. | Civil Action 05-02244 (HHK) |

## ORDER

  Before the court is defendant's motion for summary judgment [#12]. Upon consideration of the motion, the opposition thereto, and the record of this case, the court determines that the motion should be denied. The court also hereby cancels the status hearing currently scheduled for June 8, 2007. The hearing will be held at a later date to be set by the court, following the close of discovery and the filing of any dispositive motions.

  **SO ORDERED** this 6th day of June, 2007.

                Henry H. Kennedy, Jr.
                United States District Judge