UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PETER M. MACE )<br>)<br>)<br>)<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>LARRY A. DOMASH )<br>)<br>)<br>)<br>)<br>Defendant )<br>) | Case No. 1:05CV02244 (HHK)<br><u>NEXT EVENT:</u><br>Dispositive Motions Filed 21 days after discovery disputes resolved |

**DEFENDANT LARRY DOMASH'S MOTION TO STRIKE PLAINTIFF'S**
**<u>SECOND SUPPLEMENTAL RULE 26(a)(1) DISCLOSURES</u>**

Defendant Larry Domash hereby moves, by and through undersigned counsel, to strike Plaintiff's second supplemental disclosures and preclude Plaintiff from proceeding on either of his two new damages claims and theories and from introducing evidence (at trial or in connection with dispositive motions) related thereto.

A memorandum of points and authorities and a proposed order accompany this Motion.

WHEREFORE, Defendant respectfully requests that this Court GRANT this Motion and strike Plaintiff's second supplemental Rule 26(a)(1) disclosures.

Respectfully submitted,

For Defendant Larry Domash,

/s/ Adam Augustine Carter_____
Adam Augustine Carter
DC Bar # 437381
888 Seventeenth Street, N.W., Suite 900
Washington, D.C.  20006-3307
Tel: 202-261-2803
Fax: 202-261-2835
acarter@acarterlaw.com


/s/ Douglas S. Brooks_____
Douglas S. Brooks
*Pro Hac Vice*
Kelly, Libby & Hoopes, P.C.
175 Federal Street
Boston, MA 02110
Tel: 617-338-9300
Fax: 617-338-9911
dbrooks@klhboston.com

Dated:  July 2, 2007

## CERTIFICATE OF COUNSEL

      I hereby certify that on today's date I conferred with counsel for Plaintiff in an attempt to narrow or resolve the issues underlying this Motion but was unable to do so.

/s/ Douglas S. Brooks_____
Douglas S. Brooks

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing memorandum was delivered via the Court's electronic filing system to the following counsel for Plaintiff Peter M. Mace, this 2nd day of July, 2007.

Michael J. Trevelline, Esq.
1823 Jefferson Place, NW
Washington, D.C. 20036-2504
mjt@mjtlegal.com

                                                 /s/ Douglas S. Brooks_____
                                                 Douglas S. Brooks