# EXHIBIT D

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER M. MACE, <br><br> Plaintiff, <br><br> v. <br><br> LARRY A. DOMASH, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:05CV02244 (HHK) <br> ) NEXT EVENT: <br> ) Close of Discovery – 2/5/07 <br> ) <br> ) <br> ) |

## DEFENDANT LARRY DOMASH'S FIRST REQUEST
## FOR PRODUCTION OF DOCUMENTS AND THINGS

Defendant Larry Domash hereby requests that, in accordance with Rule 34 of the Federal Rules of Civil Procedure, Peter Mace produce the documents and things requested below for inspection and copying at the office of Adam Augustine Carter, 888 17th Street, NW, Suite 900, Washington, D.C. 20006.

### Instructions and Definitions

The following instructions and definitions apply:

A.  If you claim that any document that is required to be produced by you in response to any of these documents requested is privileged:

  1.  Identify its title and general subject matter;

  2.  State its date;

  3.  Identify its author;

  4.  Identify the person for whom it was prepared or to whom it was sent;

  5.  State the nature of the privilege claimed;

19. All documents concerning the alleged contract between the parties that serves as the basis for Count I in your Complaint.

20. All documents concerning the benefit you claim you conferred on Defendant.

21. All financial documents concerning IFA.

22. All documents concerning Defendant.

23. All federal, state and local tax returns from 1999 through 2002 filed by IFA.

24. All federal, state and local tax returns from 1999 through 2002 filed by Mace.

25. All documents concerning monies allegedly owed by Defendant to you beginning in 1999.

26. All diaries, calendars or other documents concerning your involvement with IFA, D & A or any other business ventures from January 1, 1990 to November 24, 2002.

27. All documents concerning the FBI special agent referenced in your September 4, 2006 letter to the Court.

28. All documents concerning the involvement of Mr. Martin (referenced in your 10/30/02 letter to Defendant) with IFA or D & A.

29. All documents concerning the involvement of Mr. Stein (referenced in your 10/30/02 letter to Defendant) with IFA or D & A.

30. All documents concerning the involvement of Steve Killion (referenced in your 10/30/02 letter to Defendant) with IFA or D & A.

31. All documents concerning the involvement of Dr. Lee (referenced in your 10/30/02 letter to Defendant) with IFA or D & A.

32. All documents concerning the involvement of Bruce Koenig (referenced in your 10/30/02 letter to Defendant) with IFA or D & A.

33. All documents concerning the "Reg. A filing" referenced in your 10/30/02 letter to Defendant).

34. All documents supporting, contradicting or concerning your allegations in paragraph 2 of the Complaint that Defendant is "experienced in insurance company investing, investments research and equity portfolio management."