# EXHIBIT F

## Douglas Brooks

**From:** Michael Trevelline [mjt@mjtlegal.com]
**Sent:** Tuesday, February 06, 2007 3:30 PM
**To:** Douglas Brooks
**Subject:** RE: Mace Deposition 21 February

Mr. Brooks,

On continuing to the 22nd, I said I would look at the idea. I have and considering the amount of docs, I will allow you to continue starting at 2 on the 22nd.

I understand that the income tax forms will probably arrive in my office by today's mail and the accountant's report is expected within a few days in my office. We will process them promptly when they are received.

Mike Trevelline
Law Office of Michael J. Trevelline
1823 Jefferson Place, NW
Washington, DC  20036-2504
Voice: (202) 737-1139
Fax: (202) 775-1118
Cell: (406) 531-1210
Email: mjt@mjtlegal.com
Web site: www.mjtlegal.com