UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER M. MACE | ) |
|              Plaintiff | ) |
| v. | ) Case No. 1:05CV02244 (HHK) |
| | ) <u>NEXT EVENT:</u> |
| LARRY A. DOMASH | ) Dispositive Motions Filed 21 days after discovery disputes resolved |
|              Defendant | ) |

**PROPOSED ORDER**

UPON CONSIDERATION of the motion made by Defendant Larry Domash to strike Plaintiff's Second Supplemental Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1), and the entire record herein, it is by the Court this __ day of July, 2007

ORDERED that Defendant's motion be, and hereby is granted; and it is further

ORDERED that Plaintiff is precluded from proceeding on either of his two new damages claims and theories and from introducing evidence (at trial or in connection with dispositive motions) related thereto and that any such evidence be excluded from the remainder of this litigation.

                                                                                            _____
                                                                                            Hon. Henry H. Kennedy, Jr.
                                                                                            United States District Judge

cc:      acarter@acarterlaw.com
           mjt@mjtlegal.com