# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PETER M. MACE, | ) | |
| Plaintiff, | ) ) ) ) | |
| v. | ) ) | Case No. 1:05CV02244 |
| LARRY A. DOMASH, | ) ) | |
| Defendant. | ) ) ) | |

## DEFENDANT LARRY DOMASH'S FIRST SET OF INTERROGATORIES

Pursuant to Fed. R. Civ. P. 33, Defendant Larry Domash hereby propounds its

first set of interrogatories to Plaintiff Peter Mace.

### Instructions

1.      The use of the present tense shall be construed to include the past tense

and vice versa, to make the request inclusive rather than exclusive.

2.      If you assert any privilege in responding to these interrogatories, state the

type of privilege asserted and the basis for its assertion.  For any document with respect

to which a privilege is asserted, state:

   a.   The type of document (*e.g.*, letter, memorandum, contract, etc.), the
        date of the document, and the subject matter of the document;

   b.   The name, address and position of the author of the document;

   c.   The name, address and position of each addressee or recipient of the
        document or any copies of it; and

   d.   The present location of the document and the name, address and
        position of the person having custody of it.

7.    As used herein, the terms "identify" or "identity," when used in reference to an association, company or similar organization, means to state its name, place of incorporation, if any, and the principal place of business or home office of such association, company or similar organization.

8.    As used herein, the terms "identify" or "identity," when used in reference to a document, means to state when and where the document was prepared, the author(s) and recipient(s) of the document, the title or subject matter of the document, its date(s) of distribution, and the identity of the present custodian of said document. If any such writing or document was, but is no longer in your possession or subject to your control, state its disposition, the date(s) of that disposition and identify the person responsible for that disposition.

9.    As used herein, the terms "identify" or "identity," when used in reference to a communication means to set forth the date and place thereof, the names of the persons participating in said communication, and a description of the content of the communication.

10.    As used herein, the term "concerning" means pertaining to, relating to, referring to (directly or indirectly), describing, summarizing, contradicting, evidencing, constituting or otherwise dealing with the subject matter of the interrogatory request.

11.    As used herein, the terms "and" and "or" mean and/or.

## Interrogatories

1.    Describe in detail each and every expenditure you made for which you are claiming that Defendant owes you reimbursement by (1) identifying the amount, purpose

and date of the expenditure, (2) identifying to whom the expenditure was made and (3) identifying all documents concerning such expenditures.

2.      Identify all individuals employed by ("IFA") or Domash & Associates ("D & A"), including officers, directors and board members, identifying their positions and dates of employment/board service at IFA or D & A.

3.      State the basis for your contention in paragraph 2 of the Complaint that Defendant is experienced in insurance company investing and equity portfolio management by (1) identifying all facts or information supporting your contention, (2) identifying all documents supporting or concerning your contention, and (3) identifying all persons possession knowledge of facts or information supporting the contention, and summarizing the facts or information each such person possesses.

4.      Describe in detail the communication between the parties in April 1999 referenced in paragraphs 8 and 9 of the Complaint by (1) identifying the precise date and the location of the communication, (2) identifying everything that was said during the communication and (3) identifying any other person that was present during the communication.

5.      State the basis for your contention in paragraph 19 of the Complaint that Defendant's alleged representations in April 1999 that it was his intention to reimburse Plaintiff for his expenditures were made untruthfully and with knowledge of that untruth by (1) identifying all facts or information supporting your contention, (2) identifying all documents supporting or concerning your contention, and (3) identifying all persons possession knowledge of facts or information supporting the contention, and summarizing the facts or information each such person possesses.