UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER M. MACE,<br><br>             Plaintiff,<br><br>      v.<br><br>LARRY A. DOMASH,<br><br>             Defendant. | Civil Action 05-02244 (HHK) |

ORDER OF REFERENCE TO
UNITED STATES MAGISTRATE JUDGE DEBORAH A. ROBINSON

It is this 6th day of July, 2007, hereby

**ORDERED** that defendant's motion captioned "MOTION TO STRIKE PLAINTIFF'S SECOND SUPPLEMENTAL RULE 26(a)(1) DISCLOSURES"[#24] is referred to United States Magistrate Judge Deborah A. Robinson for her determination pursuant to LCvR 72.2(a); and it is further

**ORDERED** that the above-captioned action is hereby referred to United States Magistrate Judge Robinson for the resolution of all further discovery disputes.   Henceforth, and until this referral is terminated, <u>all</u> filings in this case shall include the initials of the assigned Magistrate Judge, "DAR," in the caption next to the initials of the undersigned Judge.  *See* LCvR 5.1(f).

                                                                  Henry H. Kennedy, Jr.
                                                                  United States District Judge