## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Peter M. Mace ) | |
| Plaintiff, ) | Case No. 1: 05-02244 (HHK DAR) |
| vs. ) | Judge Henry H. Kennedy, Jr. |
| Larry A. Domash ) | Magistrate Judge Deborah A. Robinson |
| Defendant ) | |

   This matter came before the court upon Defendant's Motion to Strike, and it appearing that under Federal Civil Procedure Rule 7 (b)(1), the Defendant has failed to "state with particularity the grounds" for his Motion to Strike. Defendant has not even cited the civil procedure rule.

   IT IS THEREFORE ORDERED, that the Motion to Strike be, and it is, hereby DENIED;

   Defendant has ten days from the date of this order to submit discovery requests, including a notice of deposition, to Plaintiff concerning supplemental initial disclosures, and Plaintiff has fifteen days to respond to such. Defendant may submit up to five interrogatories.

Dated: _____          _____
                                 The Honorable Judge Deborah A. Robinson