UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Peter M. Mace )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Larry A. Domash )<br>)<br>Defendant )<br>) | Case No. 1: 05-02244 (HHK) (DAR)<br>Judge Henry H. Kennedy, Jr.<br>Magistrate Judge Deborah A. Robinson |

## Protective Order & Order Granting Motion to Compel

This matter came before this Court upon Plaintiff Peter Mace"s motion, and it appearing that good cause exists why tax returns should be produced;

**IT IS THEREFORE ORDERED**, that the motion to compel and impose sanctions is, hereby GRANTED;

    1. Defendant Domash shall provide his federal tax returns for the years 1998, 1999, 2000, 2001, 2002, and 2003 within ten days of this order.

    2. To protect the privacy and confidentiality interest accorded tax returns, copies of the tax returns shall be filed under seal in this case and no disclosure shall be made of the contents thereof except in the litigation of this case, and even then, any contents reflected in pleadings or memoranda shall also be under seal.

DATED: _____  _____
                                      The Honorable Deborah A. Robinson