# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Peter M. Mace<br><br>    Plaintiffs,<br><br>vs.<br><br>Larry A. Domash<br><br>    Defendant | )<br>)<br>)<br>) Case No. 1: 06-02244 (HHK)<br>) Judge Henry H. Kennedy, Jr.<br>) Next Event: Discovery Completion Date 5<br>) February 2007<br>)<br>)<br>)<br>) |

**To:**    **Defendant Larry A. Domash**
            c/o Adam Augustine Carter, Esq.
            Attorney for Defendant

**From:**    **Plaintiff Peter M. Mace**
              c/o Michael J. Trevelline, Esq.
              Attorney for Plaintiff

### Plaintiff's First Requests for Production

    **Plaintiff** pursuant to **Fed. R. 34,** by and through undersigned counsel, hereby requests that **defendant** produce for inspection and copying certain documents as set forth below within thirty (30) days after receipt of this request.

### Definition of Document

    The term "document" shall mean any kind of written, printed, typed, recorded, graphic, photographic, or computer-stored or recorded matter, however produced or reproduced, of any kind or description, whether for internal or external use, sent, received or neither, including originals, all copies, all drafts, work copies and both sides thereof, and including without limitation: papers, handwritten notes, publications, letters, E-MAIL, TDD/TTY printouts, correspondence, telegrams, cables, telex messages, memoranda (whether formal, informal, to the file, or otherwise), interoffice communications, written notes, minutes of directors or committee meetings, reports, contracts, options, amendments and addenda to contracts and options, deeds, licenses, bills, invoices, ledgers, books of account, journals, vouchers, bank checks, charge slips, account reports, receipts, charts, graphs, indexes, statistical records, stenographers' notebooks, calendars, appointment books, diaries, time sheets, data sheets, statements, papers, articles, news stories, computer printouts, tapes and records of all types, microfilms, studies, books, pamphlets, schedules and any preliminary draft of any of these categories of documents, photographic prints, transparencies, moving pictures, voice records and every other device or medium on which or through which information of any type is transmitted, recorded or preserved.

### Instructions

    A.    You may submit copies of the documents; however, the requester reserves the right to review the original of any copies submitted.

    B.    Produce all documents in your possession, custody, or control -- whether in your

*Requests for Production—Page 1*

real or constructive possession, custody, or control -- whether or not owned, written, recorded, etc. by you, including documents in the possession, custody or control of your attorney (if not "work-product").

  C. Describe unsuccessful efforts to locate documents which are not in your possession, custody, or control; and, with respect to such documents, state who has the possession, custody, or control and where the documents are located.

  D. For each document, state who has its possession, custody, or control, and where the documents are located.

  E. This request for production of documents should be deemed continuing in nature to the full extent permitted by **Sup. Ct. Civ. P. R./Fed. R. 26(f)/ Md. Rule 2-401(e)**, so as to require you to promptly furnish to plaintiff additional documents relating in any way to these requests if you obtain further or additional information prior to payment of the judgment.

  F. For each document produced, identify it, identify its author if not obvious from the document's face, and state which numbered request it corresponds to.

  G. To the extent that any document called for herein is not produced on the ground of privilege or other objection, you should provide the following information with respect to each such document: (1) a specification of the nature of the document (e.g., letter, memorandum, etc.); (2) the date appearing on the document, or if no date appears, the date on which such document was prepared; (3) a general description of the subject matter of the document; (4) an identification of each person who wrote, signed, dictated or otherwise participated in the preparation of the document; (5) an identification of each person who received the document or was an addressee thereof.

  H. Produce the documents as they are kept in the usual course of business or organize them and label them to correspond with the categories in the request.

## Documents Requested

  1. All documents concerning or used to prepare your answers to **plaintiff's** first set of interrogatories to you.

  2. All statements which were previously made by you concerning the action or its subject matter.

  3. All documents (including, but not limited to, correspondence, notes, memoranda, and journal entries) which relate to, describe, summarize, or memorialize any communication between you and **Plaintiff,** or anyone known or believed by you to have been acting under the authority of **Plaintiff,** concerning the allegations of the complaint.

  4. All documents (including, but not limited to, fee agreements, reports, and correspondence) provided to, received from, or prepared by each witness identified in your Answer to Interrogatories.

  5. All documents (including, but not limited to, fee agreements, reports, and correspondence) provided to, received from, or prepared by each witness identified by you in connection

with the disclosures required by Fed. R. Civ. P. 26(a)(2)(A).

6. All contracts or agreements entered into between **Plaintiff** and **Defendant** concerning the claims of the complaint.

7. All records reflecting communications between you and Plaintiff.

8. All records reflecting communications between you and Investors Fidelity of America.

9. All records reflecting payments made by you to Plaintiff.

10. All records reflecting payments made by you to Investors Fidelity of America.

11. All records reflecting payments made by Plaintiff to you.

12. All records reflecting payments made by Investors Fidelity of America to you.

13. All records reflecting payments made by Plaintiff on your behalf.

14. All records reflecting payments made by Plaintiff on behalf of Investors Fidelity of America.

Respectfully submitted,

Dated: 20 Nov 2006   Signed: _____
                     Michael J. Trevelline, DC Bar # 437454
Address:    1823 Jefferson Place, NW
            Washington, DC 20036-2504
Telephone:  (202) 737-1139/Fax: (202) 775-1118
Email:      mjt@mjtlegal.com

Attorney for **Plaintiff Peter M. Mace**

### Certificate of Service

I hereby certify that a copy of the **foregoing** was sent via first class mail, postage prepaid, this 20 day of November, 20 06, to:

Mr. Adam Augustine Carter
Attorney at Law
888 17th Street, NW, Suite 900
Washington, DC 20006-3307

_____
Michael J. Trevelline

*Requests for Production—Page 3*