# EXHIBIT E

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Peter M. Mace )
   Plaintiffs, )
vs. )
Larry A. Domash )
   Defendant )

Case No. 1: 06-02244 (HHK)
Judge Henry H. Kennedy, Jr.
Next Event: Discovery Completion Date 22 March 2007

## Plaintiff's Second Set of Interrogatories

You are requested to answer the following Interrogatories pursuant to Rule 33 of the Superior Court of the District of Columbia Rules of Civil Procedure:

### A. Definitions

a. "Identify" when used in reference to an individual person means to state the full name, home address and business address, telephone number and last known position of that person, if known.

b. "Identify" when used in reference to an entity other than an actual person means to state the organizational form of the entity (whether corporation, partnership or otherwise), the present or last known address of the entity, and all subsidiaries and related or affiliated entities.

c. "Identify" or "describe" when used with respect to an event, occurrence, act or conversation means to state the date and place of such transaction, the persons involved and a description of the transaction.

d. "State each and every fact" with reference to an allegation, contention, assertion or reference shall mean to (1) state in detail those relevant facts (a) to the extent of your present knowledge, (b) which you or your agents can ascertain by diligent search or (c) whose probable existence is know to you although you have not yet apprised yourself fully of the truth and, (2) with respect to each fact, identify all persons having knowledge of such facts and all documents reflecting, relating to or supporting such facts.

e. The pronoun "you" refers to the party to whom these Interrogatories are addressed and the persons mentioned in paragraph (d).

f. "Document" means the originals (or, if not available, true copies) and all non-identical copies (whether different from originals by reason of notations made on such copies or otherwise) of all books or other printed materials; records or reports; communications; photographs, moving or still; drawings; charts; maps; diagrams; models; specimens or samples; and other tangible objects; as well as electronic copies and versions of such.

g. IFA refers to Investors Fidelity of America, Inc., referred to in the complaint.

*Interrogatories—Page 1*

    h. D&A refers to Domash & Associates, a financial investment company that Larry Domash had aspirations of forming.

## B. Instructions

    a. These Interrogatories are continuing in character, so as to require you to file supplementary answers if you obtain further or different information before trial.

    b. Unless otherwise indicated, these Interrogatories refer to the time, place and circumstances of the occurrence mentioned or complained of in the pleadings.

    c. Where knowledge or information in possession of a party is requested, such request includes knowledge of the party's agents, representatives and, unless privileged, his attorneys. When answer is made by a corporate defendant, state the name, address and title of the person supplying the information, and making the affidavit, and the source of his information.

    d. In lieu of fully identifying a document in response to an Interrogatory, you may attach a copy of the document and refer to the copy in your answer to the Interrogatory.

    e. If any interrogatory cannot be answered in full, answer to the extent possible, state the reasons for your inability to answer the remainder, and state the reasons for your inability to answer the remainder, and state whatever information or knowledge you have regarding the unanswered portion.

    f. If you claim that particular information is unknown, describe what attempts you have made to obtain unknown information.

    g. If you rely upon information not within your personal knowledge, indicate who is believed to have personal knowledge of the information.

    h. If you withhold any information or document based on a claim or privilege or work product, identify any applicable documents, state the nature of the privilege claimed, and state the basis on which you contend that it is entitled to withhold the document or information from production.

    **Interrogatory No. 21.** In response to Interrogatory No. 5, you claimed that you "never contemplated starting [your] own regulated investment company." Have you ever contemplated starting any other type of investment or investment advice business of any kind? If yes, describe it or them.

    **Interrogatory No. 22.** Did you ever tell anyone that you had aspirations to form a business by the name of Domash & Associates? If so, identify to whom you spoke.

    **Interrogatory No. 23.** Do you owe Dr. George Graham or any business of which he is a principal any money?

Respectfully submitted,

Dated: /5 Mar 07   Signed: _____
Michael J. Trevelline, DC Bar # 437454

*Interrogatories—Page 2*

Address: 1823 Jefferson Place, NW
Washington, DC 20036-2504
Telephone: (202) 737-1139/Fax: (202) 775-1118
Email: mjt@mjtlegal.com

Attorney for **Plaintiff Peter M. Mace**

## Certificate of Service

I hereby certify that a copy of the **foregoing** was sent via first class mail, postage prepaid, this _15_ day of _Mar_, 200_7_, to:

Mr. Douglas S. Brooks
Kelly, Libby & Hoopes, P.C.
175 Federal Street
Boston, MA 02110

_____
Michael J. Trevelline

*Interrogatories—Page 3*