# EXHIBIT G

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PETER M. MACE                        )
                                     )
                                     )
                                     )
                                     )
          Plaintiff                  )
                                     )
v.                                   )   Case No. 1:05CV02244
                                     )   (HHK-DAR)
                                     )   NEXT EVENT:
LARRY A. DOMASH                      )   Status Hearing 10/19/07
                                     )
                                     )
                                     )
          Defendant                  )
                                     )

## **PROPOSED ORDER**

UPON CONSIDERATION of the motion made by Plaintiff Peter Mace to compel

the production of Defendant Larry Domash's tax returns, Defendant's Opposition thereto,

and the entire record herein, it is by the Court this __ day of October, 2007

ORDERED that Plaintiff's motion be, and hereby is DENIED.

                                   _____
                                   Hon. Deborah A. Robinson
                                   United States Magistrate Judge

cc:    acarter@acarterlaw.com
       mjt@mjtlegal.com