UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Peter M. Mace <br><br>    Plaintiff, <br><br>    vs. <br><br> Larry A. Domash <br><br>    Defendant | ) <br> ) <br> ) Case No. 1: 05-02244 (HHK) <br> ) Judge Henry H. Kennedy, Jr. <br> ) Magistrate Judge Deborah A. Robinson <br> ) Next Event:  Dispositive Motions Filed 21 <br> ) Days After Discovery Disputes Resolved <br> ) <br> ) |

## Consent Motion to Continue Status Hearing

The Plaintiff with the consent of Defendant pursuant to Federal Civil Procedure Rule 16(b) moves this Court to continue the status conference presently scheduled for 19 October 2007 at 2 p.m. to 26 October at either 9:00 a.m. or at 10:30 a.m.

The facts and legal grounds on which this motion is based are:

1.  Attorney for Plaintiff has a scheduling conflict for 19 October, and Counsel for Defendant has graciously consented to continuing the hearing to 26 October. The Judge's clerk has indicated that 10:30 a.m. is acceptable to the Court. However, Plaintiff's counsel has since realized that 9 a.m. would be more convenient for him, and Defendant's counsel has indicated that he could appear at a 9 a.m. hearing. However, if 10:30 is the only available time, then please set the hearing for 10:30 a.m.

Respectfully submitted,

Dated: 15 October 2007      Signed:      __/s/_____
                                         Michael J. Trevelline, DC Bar # 437454
                            Address:     1823 Jefferson Place, NW

*Page 1*

                              Washington, DC 20036-2504
Telephone:  (202) 737-1139/Fax:  (202) 775-1118
Email:  mjt@mjtlegal.com

Attorney for **Plaintiff Peter M. Mace**

## Certificate That Consent Was Obtained

I hereby certify that consent for the relief sought in this motion was diligently sought and was obtained.

Dated:  15 October 2007                /s/
                                   Michael J. Trevelline

## Certificate of Service

I hereby certify that a copy of the **foregoing** was served by electronic case filing through the Court this **15 October 2007**:

                                   /s/
                                   Michael J. Trevelline

## Memorandum of Points and Authorities

Fed. R. Civ. Proc. 16(b).

Dated: 15 October 2007    Signed:      /s/
                                         Michael J. Trevelline, DC Bar # 437454
                              Address:     1823 Jefferson Place, NW
                                                  Washington, DC 20036-2504
                              Telephone:  (202) 737-1139/Fax:  (202) 775-1118
                              Email:       mjt@mjtlegal.com

Attorney for **Plaintiff Peter M. Mace**

1 Exhibit:
A.  Proposed Order