**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Peter M. Mace ) | |
| ) | |
| Plaintiff, ) | Case No. 1: 05-02244 (HHK) (DAR) |
| ) | Judge Henry H. Kennedy, Jr. |
| vs. ) | Magistrate Judge Deborah A. Robinson |
| ) | |
| Larry A. Domash ) | |
| ) | |
| Defendant ) | |
| ) | |

## Order Continuing Status Hearing

This matter came before this Court upon Plaintiff Peter Mace's motion, and it appearing that Defendant consents to the motion, and it appearing that good cause exists to continue the status conference;

**IT IS THEREFORE ORDERED**, that the Motion to Continue the Status Hearing be and, hereby is GRANTED;

The status hearing presently scheduled for 19 October at 2 p.m. shall be continued until 26 October at _____ a.m.

DATED: _____   _____
                          The Honorable Henry H. Kennedy, Jr.