# EXHIBIT G

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Peter M. Mace <br><br> Plaintiffs, <br><br> vs. <br><br> Larry A. Domash <br><br> Defendant | Case No. 1: 06-02244 (HHK) <br> Judge Henry H. Kennedy, Jr. <br> Next Event: Discovery Completion Date 5 February 2007 |

## Supplemental Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)

**Plaintiff Peter M. Mace,** through counsel, **makes** the following disclosures pursuant to the provisions of Rule 26(a)(1) of the Federal Rules of Civil Procedure:

### Introductory Statement

The following disclosures are based on the information reasonably available to the disclosing party or parties as of this date. The disclosing party or parties' disclosures represent a good faith effort to identify individuals and documents it reasonably believes are relevant to the disputed facts identified with particularity in the pleadings. By making these disclosures, the disclosing party or parties do not represent that they are identifying every document, tangible thing or witness possibly relevant to this lawsuit.

The disclosing party or parties' disclosures are made without waiving: (1) the right to object to production of any document or tangible thing disclosed herein on the basis of privilege, the work product doctrine, relevance or any other valid ground; and (2) the right to object on the grounds of competence, privilege, relevance and materiality, hearsay or any other proper ground to the use of this information, for any purpose, in whole or in part, in any subsequent proceeding in this action or any other action; and (3) the right to object on any and all grounds, at any time, to any other discovery request or proceeding involving or relating to the subject matter of these disclosures.

### Disclosures

A. The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information are set forth as follows:

*Rule 26(a)(1) Initial Disclosures—Page 1*

1. George A. Graham, Jr., Ph.D., N8 W 20095 Woodcrest Drive, Waukesha, Wisconsin 53188, (262) 968-5814. Psychologist for Mr. Domash, has knowledge of Investor's Fidelity as well as knowledge of the assistance Mr. Mace provided to Mr. Domash.

2. Phillip R. O'Brien, Reinhart Boerner Van Deuren s.c., 1000 N. Water Street, Suite 2100, Milwaukee, WI 53202, (414) 298-8243. George Graham's attorney, has knowledge of Mr. Domash.

3. Darryl R. Wright, 9627 Leesburg Pike, Vienna, VA 22182, (703) 328-2612. Supporter of Investors Fidelity, helped reorient Mr. Domash, has knowledge of Mr. Domash's promises and Mr. Mace's efforts on Mr. Domash's behalf.

4. Steven A. Killion, 7630 Sawmill Court, Manassas, VA 20111, (703) 361-0446. Supporter of Investors Fidelity and has knowledge of Mr. Domash's promises and Mr. Mace's efforts on Mr. Domash's behalf.

5. Bruce E. Koenig, 12115 Sangsters Court, Clifton, VA 20124, (703) 631-7099. Has knowledge of Mr. Domash's promises and Mr. Mace's efforts on Mr. Domash's behalf.

6. Gene E. Sierzant, 3429 Stoneybrae Drive, Falls Church, VA 22044, (703) 354-3009. A founder of Investors Fidelity and has knowledge of Mr. Domash's promises and Mr. Mace's efforts on Mr. Domash's behalf.

7. Thomas A. "Tex" Hunt, 2 Pigeon Hill Drive, Apt. 100, Sterling, VA 20165, (703) 433-6805. Supporter of Investors Fidelity and has knowledge of Mr. Domash's promises and Mr. Mace's efforts on Mr. Domash's behalf.

8. Judy Arellano, 2027 Thornton Street, Riverside, CA 92507, (951) 683 3783. Received help from Mr. Mace.

9. Bernice Pentoney, 1711 Mathews Street, Riverside, CA 92507, (951) 683-3783. Has knowledge of help provided by Mr. Mace to Ms. Arellano.

10. Chris Dowell, Ph.D., 230 Western Avenue, Sherborn, MA 01770, (617) 354-5638. A psychologist who treated Mr. Domash, supporter of Investors Fidelity, has knowledge of Mr. Mace's efforts on Mr. Domash's behalf.

11. Paul Perocchi, Brown Rudnick Freed & Gesmer, P.C., One Financial Center, Boston, MA 02111, (617) 856-8219. An attorney who represented Mr. Domash, has knowledge of Mr. Mace's efforts on behalf of Mr. Domash.

12. Chouteau Merrill, Brown Rudnick Freed & Gesmer, P.C., One Financial Center, Boston, MA 02111, (617) 856-8219.

*Rule 26(a)(1) Initial Disclosures—Page 2*

An attorney who represented Mr. Domash, has knowledge of Mr. Mace's efforts on behalf of Mr. Domash.

13. Edward Barshak, Sugarman Rogers Barshak & Cohen, P.O. Box 9610, Boston, MA 02114, (617) 227-3030. An attorney who represented Mr. Domash, has knowledge of Mr. Mace's efforts on behalf of Mr. Domash.

14. Joseph Walsh, Menard Murphy & Walsh L.L.P., 60 State Street, 34th Floor, Boston, MA 02109, (617) 832-2500. An attorney who represented Mr. Domash, has knowledge of Mr. Mace's efforts on behalf of Mr. Domash.

15. Valerio Diviacchi, 59 Temple Place, Suite 507, Boston, MA 02111, (617) 542-3175. An attorney who represented Mr. Domash, has knowledge of Mr. Mace's efforts on behalf of Mr. Domash.

16. Margaret S. Travers, P.C., 75 Federal Street, Boston, MA 02110, (617) 423-0099. An attorney who represented Mr. Domash, has knowledge of Mr. Domash's character.

17. Paul Kelly, Kelly, Libby & Hoopes P.C., 175 Federal Street, Boston, MA 02110, (617) 338-0300. An attorney who represented Mr. Domash, has knowledge of Mr. Mace's efforts on behalf of Mr. Domash.

18. Tim Hughes, 307 East Annandale Road, Suite 101, Falls Church, VA 22042, (703) 536-8233. An attorney who represented Mr. Domash, has knowledge of Mr. Mace's efforts on behalf of Mr. Domash.

19. Ronald P. Mysliwiec, 110 Greene Street, Suite 101, New York, NY 10012, (212) 219-4000. An attorney who represented Mr. Domash, has knowledge of Mr. Mace's efforts on behalf of Mr. Domash.

Respectfully submitted,

Dated: 27 Mar 04    Signed: _____
                    Michael J. Trevelline, DC Bar # 437454
         Address:   1823 Jefferson Place, NW
                    Washington, DC 20036-2504
         Telephone: (202) 737-1139/Fax: (202) 775-1118
         Email:     mjt@mjtlegal.com

Attorney for **Plaintiff Peter M. Mace**

**Certificate of Service**

I hereby certify that a copy of the **foregoing** was sent via first class mail, postage prepaid,

*Rule 26(a)(1) Initial Disclosures—Page 3*

this \_\_26\_\_ day of _____, 20\_06\_, to:

Mr. Adam Augustine Carter
Attorney at Law
888 17th Street, NW, Suite 900
Washington, DC 20006-3307

_____
Michael J. Trevelline