# EXHIBIT H

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER M. MACE | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) No. 1:05CV02244 (HHK-DAR) |
| | ) <u>NEXT EVENT:</u> |
| LARRY A. DOMASH | ) Status Conference – 2/29/08 |
| | ) |
| Defendant | ) |

### ORDER

UPON CONSIDERATION of the motion made by Defendant Larry Domash to dismiss this diversity action under Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction because the amount in controversy does not exceed $75,000, and the entire record herein, it is by the Court this __ day of _____ 2007,

ORDERED that Plaintiff's motion be, and hereby is ALLOWED.

_____
Hon. Henry H. Kennedy, Jr.
United States District Judge

cc:  acarter@acarterlaw.com
     mjt@mjtlegal.com
     dbrooks@klhboston.com