UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER M. MACE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action 05-02244 (HHK/DAR) |
| ) | |
| LARRY A. DOMASH, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF ENTRY OF APPEARANCE

COMES NOW attorney R. Scott Oswald, Esq., D.C. Bar No. 458859, of The Employment Law Group, P.C., and requests that the Court enter his appearance on behalf of the Defendant in the above captioned matter.

Respectfully Submitted,

/s/ R. Scott Oswald
R. Scott Oswald, DC Bar No. 458859
Adam Augustine Carter, DC Bar No. 437381
The Employment Law Group, P.C.
888 17th Street, NW, Suite 900
Washington, D.C. 20006
(202) 261-2806
(202) 261-2835 (facsimile)
soswald@employmentlawgroup.net
acarter@employmentlawgroup.net
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 5th day of November, 2007, a true and correct copy of the foregoing Notice of Appearance of Counsel has been served upon the following via ECF:

Michael J. Trevelline, Esq.
1823 Jefferson Place, N.W.
Washington, D.C. 20036-2504
mjt@mjtlegal.com
*Counsel for Plaintiff*

Douglas S. Brooks, Esq.
Kelly, Libby & Hoopes, P.C.
175 Federal Street
Boston, MA 02110
dbrooks@klhboston.com
*Counsel for Defendant*

                                               /s/ R. Scott Oswald
                                               R. Scott Oswald