# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PETER M. MACE<br>4701 Connecticut Ave. N.W., Apt. 209<br>Washington, D.C. 20008<br><br>    Plaintiff<br><br>v.<br><br>LARRY A. DOMASH<br>2021 St. John's Avenue, Apt. 1C<br>Highland Park, IL 60035<br><br>    Defendant | Case No. 1:05CV02244 |

## DEFENDANT LARRY DOMASH'S FIRST SET OF INTERROGATORIES

Pursuant to Fed. R. Civ. P. 33, Defendant Larry Domash hereby propounds its first set of interrogatories to Plaintiff Peter Mace.

### Instructions

1. The use of the present tense shall be construed to include the past tense and vice versa, to make the request inclusive rather than exclusive.

2. If you assert any privilege in responding to these interrogatories, state the type of privilege asserted and the basis for its assertion. For any document with respect to which a privilege is asserted, state:

  a. The type of document (*e.g.*, letter, memorandum, contract, etc.), the date of the document, and the subject matter of the document;

  b. The name, address and position of the author of the document;

  c. The name, address and position of each addressee or recipient of the document or any copies of it; and

## Interrogatories

1. Describe in detail each and every expenditure you made for which you are claiming that Defendant owes you reimbursement by (1) identifying the amount, purpose and date of the expenditure, (2) identifying to whom the expenditure was made and (3) identifying all documents concerning such expenditures.

2. Identify all individuals employed by ("IFA") or Domash & Associates ("D & A"), including officers, directors and board members, identifying their positions and dates of employment/board service at IFA or D & A.

3. State the basis for your contention in paragraph 2 of the Complaint that Defendant is experienced in insurance company investing and equity portfolio management by (1) identifying all facts or information supporting your contention, (2) identifying all documents supporting or concerning your contention, and (3) identifying all persons possession knowledge of facts or information supporting the contention, and summarizing the facts or information each such person possesses.

4. Describe in detail the communication between the parties in April 1999 referenced in paragraphs 8 and 9 of the Complaint by (1) identifying the precise date and the location of the communication, (2) identifying everything that was said during the communication and (3) identifying any other person that was present during the communication.

5. State the basis for your contention in paragraph 19 of the Complaint that Defendant's alleged representations in April 1999 that it was his intention to reimburse Plaintiff for his expenditures were made untruthfully and with knowledge of that untruth by (1) identifying all facts or information supporting your contention, (2) identifying all