UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER M. MACE,                )<br>                                              )<br>            Plaintiff,              )<br>                                              )<br>v.                                          )<br>                                              )<br>LARRY A. DOMASH,        )<br>                                              )<br>            Defendant.          )<br>                                              ) | Civil Action 05-02244 (HHK/DAR) |

### DEFENDANT'S CONSENT MOTION TO RESCHEDULE ORAL ARGUMENT

Defendant Larry A. Domash ("Domash"), by and through Counsel, with the consent of Plaintiff Peter M. Mace, respectfully requests that this Court reschedule the oral argument on the pending motion for summary judgment scheduled for February 29, 2008. Defendant requests that this Court reschedule the oral argument because the undersigned will be second chair in a week-long trial on another matter beginning on February 26, 2008, and will not be available to appear on February 29, 2008. The other matter is pending in the Circuit Court for Montgomery County before the Honorable Nelson H. Rupp, Jr. and is styled *Gail Sterling v. Atlantic Automotive Corporation*, Civil Action No. 235718-V.

WHEREFORE, for the reasons stated above, Domash moves this Honorable Court to reschedule the oral argument set for 9:30 a.m. on February 29, 2008, before the Honorable Henry H. Kennedy to the week of March 10, 2008 (or shortly thereafter) at the convenience of the Court and the parties.

Respectfully Submitted,


/s/ Adam Augustine Carter
Adam Augustine Carter, DC Bar No. 437381
R. Scott Oswald, DC Bar No. 458859
The Employment Law Group, P.C.
888 17th Street, NW, Suite 900
Washington, D.C. 20006
(202) 261-2803
(202) 261-2835 (facsimile)
acarter@employmentlawgroup.net
soswald@employmentlawgroup.net
*Counsel for Defendant*

## **CERTIFICATE OF COUNSEL**

I hereby certify that I have consulted with counsel for the Plaintiff and he has graciously consented to the relief sought in this Motion.

/s/ Adam Augustine Carter
Adam Augustine Carter

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of February, 2008, a true and correct copy of the foregoing Consent Motion to Reschedule Status Conference has been served upon the following via ECF:

Michael J. Trevelline, Esq.
1823 Jefferson Place, N.W.
Washington, D.C. 20036-2504
mjt@mjtlegal.com
*Counsel for Plaintiff*

Douglas S. Brooks, Esq.
Kelly, Libby & Hoopes, P.C.
175 Federal Street
Boston, MA 02110
dbrooks@klhboston.com
*Counsel for Defendant*

/s/ Adam Augustine Carter
Adam Augustine Carter