UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER M. MACE, ) | |
|        Plaintiff, ) | |
| v. ) | Civil Action 05-02244 (HHK/DAR) |
| LARRY A. DOMASH, ) | |
|        Defendant. ) | |

**PROPOSED ORDER**

THIS MATTER COMES UPON the Defendant's *Consent* Motion to Reschedule Oral Argument. Based upon Defendant's *Consent* Motion, and it otherwise appearing proper, it is by the Court this ____ day of _____, 2008

ORDERED, ADJUDGED, and DECREED that Defendant's *Consent* Motion to Reschedule Oral Argument is hereby GRANTED; and it is further

ORDERED, ADJUDGED, and DECREED that the Oral Argument previously scheduled for February 29, 2008, before the Honorable Henry H. Kennedy be rescheduled for the _____ day of_____, 2008, at _____ a.m. / p.m.

_____
The Honorable Henry H. Kennedy
United States District Judge

SEND TO:

Adam Augustine Carter, DC Bar No. 437381
R. Scott Oswald, DC Bar No. 458859
The Employment Law Group, P.C.
888 17th Street, NW, Suite 900
Washington, D.C. 20006
(202) 261-2803
(202) 261-2835 (facsimile)
acarter@employmentlawgroup.net
soswald@employmentlawgroup.net

Douglas S. Brooks, Esq.
Kelly, Libby & Hoopes, P.C.
175 Federal Street
Boston, MA 02110
dbrooks@klhboston.com
*Counsel for Defendant*

and

Michael J. Trevelline, Esq.
1823 Jefferson Place, N.W.
Washington, D.C. 20036-2504
mjt@mjtlegal.com
*Counsel for Plaintiff*