UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                          )
**PETER M. MACE,**                        )
                                          )
          **Plaintiff,**      )
                                          )
v.                                        )   Civil Action 05-02244 (HHK/DAR)
                                          )
**LARRY A. DOMASH,**                      )
                                          )
          **Defendant.**      )
_____)

### DEFENDANT'S CONSENT MOTION TO ENTER RULE 56 BRIEFING SCHEDULE ORDER

Defendant Larry A. Domash, by and through Counsel, with the consent of Plaintiff Peter M. Mace, respectfully requests that this Court adopt the parties' joint proposed Scheduling Order for the filing of Rule 56 motions as set forth below:

    July 18, 2008 – Rule 56 Motions Filed

    August 18, 2008 – Oppositions to Rule 56 Motions Filed

    September 3, 2008 – Reply Memoranda to Rule 56 Motions Filed.

As support for this Motion, Defendant states as follows:

    1.    Defendant filed a Motion to Dismiss for Lack of Subject Matter Jurisdiction on October 31, 2007.

    2.    On April 4, 2008, the Court heard oral argument on that Motion. The Court denied Defendant's Motion on May 8, 2008.

    3.    At the April 4 hearing, counsel for Defendant informed the Court that if the Motion to Dismiss was denied, he intended to file a more comprehensive dispositive motion for summary judgment.

WHEREFORE, for the reasons stated above, Defendant moves this Honorable Court to adopt the parties' proposed briefing schedule.

Respectfully Submitted,

/s/ Adam Augustine Carter
Adam Augustine Carter, DC Bar No. 437381
R. Scott Oswald, DC Bar No. 458859
The Employment Law Group, P.C.
888 17th Street, NW, Suite 900
Washington, D.C. 20006
(202) 261-2803
(202) 261-2835 (facsimile)
acarter@employmentlawgroup.net
soswald@employmentlawgroup.net
*Counsel for Defendant*

/s/ Douglas S. Brooks
Douglas S. Brooks
*Pro Hac Vice*
LibbyHoopes, P.C.
175 Federal Street
Boston, MA 02110
Tel: 617-338-9300
Fax: 617-338-9911
dbrooks@libbyhoopes.com

3

## **CERTIFICATE OF COUNSEL**

    I hereby certify that I have consulted with counsel for the Plaintiff and he has graciously consented to the relief sought in this Motion.

                                                    /s/ Adam Augustine Carter  
                                                    Adam Augustine Carter

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of May, 2008, a true and correct copy of the foregoing Consent Motion has been served upon the following via ECF:

Michael J. Trevelline, Esq.
1823 Jefferson Place, N.W.
Washington, D.C. 20036-2504
mjt@mjtlegal.com
*Counsel for Plaintiff*

Douglas S. Brooks, Esq.
LibbyHoopes, P.C.
175 Federal Street
Boston, MA 02110
dbrooks@libbyhoopes.com
*Counsel for Defendant*

        /s/ Adam Augustine Carter
        Adam Augustine Carter