## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **PETER M. MACE,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action 05-02244 (HHK/DAR) |
| | ) | |
| **LARRY A. DOMASH,** | ) | |
| | ) | |
| Defendant. | ) | |

## **PROPOSED ORDER**

THIS MATTER COMES UPON the Defendant's *Consent* Motion to Enter Rule 56 Briefing Schedule. Based upon Defendant's *Consent* Motion, and it otherwise appearing proper, it is by the Court this ____ day of _____, 2008

ORDERED, ADJUDGED, and DECREED that Defendant's *Consent* Motion to Enter Rule 56 Briefing Schedule is hereby GRANTED; and it is further

ORDERED, ADJUDGED, and DECREED that the briefing schedule will be as follows:

July 18, 2008 – Rule 56 Motions Filed

August 18, 2008 – Oppositions to Rule 56 Motions Filed

September 3, 2008 – Reply Memoranda to Rule 56 Motions Filed.

_____
The Honorable Henry H. Kennedy
United States District Judge

SEND TO:

Adam Augustine Carter, DC Bar No. 437381
R. Scott Oswald, DC Bar No. 458859
The Employment Law Group, P.C.
888 17th Street, NW, Suite 900
Washington, D.C. 20006
(202) 261-2803
(202) 261-2835 (facsimile)
acarter@employmentlawgroup.net
soswald@employmentlawgroup.net

Douglas S. Brooks, Esq.
LibbyHoopes, P.C.
175 Federal Street
Boston, MA 02110
dbrooks@libbyhoopes.com
*Counsel for Defendant*

and

Michael J. Trevelline, Esq.
1823 Jefferson Place, N.W.
Washington, D.C. 20036-2504
mjt@mjtlegal.com
*Counsel for Plaintiff*