UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 22 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| PETER M. MACE, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action 05-02244 (HHK/DAR) |
| LARRY A. DOMASH, | ) |
| Defendant. | ) |

## ORDER

THIS MATTER COMES UPON the Defendant's *Consent* Motion to Enter Rule 56 Briefing Schedule. Based upon Defendant's *Consent* Motion, and it otherwise appearing proper, it is by the Court this 21st day of May, 2008

ORDERED, ADJUDGED, and DECREED that Defendant's *Consent* Motion to Enter Rule 56 Briefing Schedule is hereby GRANTED; and it is further

ORDERED, ADJUDGED, and DECREED that the briefing schedule will be as follows:

July 18, 2008 – Rule 56 Motions Filed

August 18, 2008 – Oppositions to Rule 56 Motions Filed

September 3, 2008 – Reply Memoranda to Rule 56 Motions Filed.

_____
The Honorable Henry H. Kennedy
United States District Judge