# EXHIBIT D

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER M. MACE <br><br> Plaintiff <br><br> v. <br><br> LARRY A. DOMASH <br><br> Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:05CV02244 <br> ) (HHK/DAR) <br> ) Dispositive Motions Due 7/18/08 <br> ) <br> ) <br> ) <br> ) |

## AFFIDAVIT OF LARRY A. DOMASH

I, Larry A. Domash, do hereby depose and state as follows:

1. I am the defendant in the above-captioned lawsuit. The following is based on my personal knowledge.

2. Plaintiff Peter Mace never submitted anything in writing to me regarding the expenditures for which he seeks reimbursement through this lawsuit.

3. Mr. Mace and I never discussed the fact that he planned to make payments on his credit cards by taking cash advances from other credit cards. Nor did we discuss the fact that he actually did make payments in this manner.

4. I never benefited, after June 2002, in any way from any actions that Mr. Mace took. I never benefited from any of Mr. Mace's alleged services before that time either.

5. I never benefited from any expenditures Mr. Mace might have made on behalf of his cousin.

6. I never benefited from any expenditures Mr. Mace might have made on behalf of himself.

7. I have reviewed all of the photocopies of the alleged credit card statements produced by Mr. Mace in this case.

8. Based on that review, and my review of Mr. Mace's deposition testimony in this matter, I have formed an understanding that Mr. Mace claims that he continued making expenditures for which he is seeking reimbursement in this case after November 2001.

9. The various credit card statements for which Mr. Mace is claiming reimbursement indicate various interest rates for each account, various interest rates for direct purchases, various interest rates for cash advances, various interest rates for balance transfers, various penalty interest rates, various fees associated with certain transactions and various penalty fees. I have never discussed any of these things with Mr. Mace at any time.

Signed under the penalties of perjury, this 18th day of July, 2008.

_____
Larry A. Domash