# EXHIBIT E

EXHIBIT
Mace 17
2/21/07  SB

October 30th, 2002

Dear Larry:

Hope this note finds you in good physical and spiritual health. Anyone can get down on themselves. Sorry I haven't written sooner but have been seriously ill since the beginning of August. George and Messrs Stein and Martin had me on a dead run getting some work done. Got it in their hands but it proved more than I could handle, literally. Ended up at the hospital diagnosed with exhaustion and shingles. Quite a story, I'll fill you in on the details later.

Essentially the drill was either A), ten days in the hospital or B), ten days in bed at home. That took care of the exhaustion. The shingles are another matter entirely. All in all I'd prefer a gunshot wound. Larry, the pain is unbelievable and more than occasionally, uncontrollable. Wouldn't want this to come within a mile of you or the children.

Lost my hearing in my right ear for a couple of days. Still, it could have been worse. The virus stopped about an inch from my right eye. Had it been hit there would have been the very real potential of permanent damage or blindness. Not a pleasant situation but I am slowly getting better. George has ordered me to take medical leave and the doctors think I'll be out of the woods in another 60 to 90 days. In any event we've all had to play hurt. Moping around or feeling

sorry for myself won't help anyone. Forward is the direction we need to travel. Our goal is clearly in sight. We can all get there together even if I limp in missing an engine or two.

Much of significance to report. All of it positive. Given that you remarked in one of our more recent conversations at the end of June that you "thought (your) professional career was over", I hope you'll be pleased.

Mr. Martin had Dr. Lee come over from the White House to be briefed on IFA/Graham Capital International. Very successful with a follow up with George agreed to. Then, no kidding, Dr. Lee was returned to the bosum of the federal authorities and had dinner with the President. Never a dull moment. Mr. Martin, after having given us the highest recommendation possible, thinks we're perfectly positioned with a group of extraordinary wealth and contact. Instructed, in Dr. Lee's presence, to use my portable heart/lung machine, if necessary, to turn out another opus$^{II}$ for the gang. Having done that, the document was delivered to Dr. Lee who jetted off on a mission which will be over soon.

Regardless of how that turns out George can put the initial financing together. And then some. That would enable us to begin even if Dr. Lee were to be taken prisoner. Mr. Martin, Mr. Stein and Mr. Killion have all agreed to be on the board. Am lining up others now.

Think Bruce Koenig would be an obvious choice. Spoke with his office Monday and plan on seeing him in three weeks.

While IFA would be directly owned by Graham Capital International as you'll recall, Domash and Associates and several other entities would be independent, though affiliated with GCI. In your last telephone call to my office you left a message asking how much of D&A would be owned by you. The answer, Larry, hasn't changed since you and I discussed it, what, eight or nine months ago? But if you'd like me to recap briefly I'd be happy to. The answer is still 80% to 85%. Why would you think it would change? A promise should be lived up to. It's as simple as that.

I'd expect you to run IFA's money. That would be the perfect opportunity to develope new products and the means to implement them that you've spoken of. As we've discussed the job could cover a wide variety of issues and areas. If called upon, as I expect you would be, you'd be asked to respond to the needs of Mr. Martin's and Mr. Stain's constituencies. Perhaps this is where a hedge fund would be opportune And finally, we'd anticipate that D&A would compliment the values and accomplishments that IFA is pledged to bring about. In short, you'd be expected to answer the call to the colors.

If you're up to it I'd want you to take the post. It gives you the opportunity to have your own shop, allows you to step out of the cesspool you've complained of, control your own destiny, provide

Mace 000036

for the children and give Charlie a place to work with his father. In short, a new beginning in a healthier environment working with real friends. And Larry, we have always been that, even if at times for whatever reason you couldn't see it. Anyway, I hope you do now — so do we all.

Take me up on this and give George a call. You need to do that. And while you're at it, contact Steve Killion as well. You've got his number. There's some fence mending to do for sure and yes, while in the chain of command they both outrank me, my hope is that whatever disagreements exist can be put to right. That depends on your views and theirs but that remains my hope. Its not too late for a new beginning. I think that is in everyone's interest.

Regardless of how that works out, however thats resolved, you have an obligation to me that is overdue. Prior to the Walsh trial, as you knew and acknowledged you owed me $75,000. After the trial on the drive from Boston to New York you spoke repeatedly of repaying me. Larry, its been two years, indeed, almost exactly two years. I've done what you asked me to do, what I said I would do and now you have to meet your commitment. You made the promise to repay me, live up to it. Write me a check for $100,000 in the next two weeks. Just to build the relationship with Mr. Stein — who played a key role in getting us to this point — cost $25,000 since my visit to Providence 13 months ago. You need to keep your word, you can not afford its loss.

As health permits, over the next several weeks I'll figure out what remains, notify you and expect you to close out the balance in monthly payments over the following five months. The people who loaned me the money are entitled to be paid back. We need to minimize complications as we begin to work on the Reg. A filing. Not only will it be good to get the company up and running but I would be less than honest in telling you it will be good to have my life back.

Hope all continues to improve with you and that you enjoy your new job. My regards, as always, to Kate, Charlie and the little one.

Most sincerely,
Brett

---

I. You're not even 45 — your best years are ahead of you.

II. It nearly killed me.

III. Great people, they have gone out of their way to help me. Mrs. Koenig wants to show me some newly finished construction. I still marvel that Mr. and Mrs. Koenig have a deposition room in their home. Incredible but true. I'll have to ask them to show it to you someday, looks like a facility you'd expect to find in a federal courthouse.

IV. And, as you know, not only in that venue alone.

Mace 000038