# EXHIBIT F

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - -

PETER M. MACE,

                Plaintiff,

   v.                          Case No. 1:05CV02244(HHK)

LARRY A. DOMASH,

                Defendant.

*ORIGINAL TRANSCRIPT*

- - - - - - - - - - - - - - - - - - - - - - - - - -

        DEPOSITION of GEORGE A. GRAHAM, JR., Ph.D., taken at the instance of the Defendant, under and pursuant to the Federal Rules of Civil Procedure, and the acts amendatory thereof and supplementary thereto, before me, KIM M. PETERSON, CM, Registered Professional Reporter and Notary Public in and for the State of Wisconsin, at the law offices of Meissner, Tierney, Fisher & Nichols, S.C., 111 East Kilbourn Avenue, Milwaukee, Wisconsin, on the 2nd day of April, 2007, commencing at 9:30 o'clock in the forenoon.

GEORGE A. GRAHAM, JR., Ph.D. - 4/2/07

15

1        THE WITNESS:  I'm just not sure.
2   BY MR. BROOKS:
3   Q    What do you assume prompted that telephone
4        conversation?
5   A    I assumed and knew from other conversations that
6        he was quite anxious to have what he felt was a
7        payment due him.  He knew that I was questioning
8        at this time Larry's interest in paying me.
9   Q    How did you know at that time that Mr. Mace felt
10       that Larry owed -- that there was a payment due
11       him from Mr. Domash?
12  A    Well, for one thing, there was a problem with Bek
13       Tek, and that was very significant because it was
14       drawn from his friends.  And that was due and it
15       left him significantly uncomfortable.
16  Q    Did Mr. Mace tell you that there was a payment due
17       him from Mr. Domash in early September 2000?
18  A    No.  No.  He was doing this to get Larry through a
19       presentation with his family situation and in a
20       job.
21  Q    What did you mean before when you testified that
22       he was anxious about a payment due him?
23  A    Well, he was betting on the come.
24  Q    Okay.  What did Mr. Mace tell you about his
25       anxiety in that regard?

HALMA-JILEK REPORTING, INC. (414) 271-4466