# EXHIBIT G

September 1, 2006

Mr. Brett Mace
4701 Connecticut Ave., N.W.
Apt. 209
Washington, D.C. 20008

Dear Brett,

Re: Larry Domash

You and I became acquainted beginning in 2000 - initially by telephone, later through direct business/social meetings and continuing telephone contact. Also, beginning in 2000, I became acquainted with Larry Domash.

Although I have never met Mr. Domash directly, my introduction to him has been in three contexts:

1)  In 2000 while working for a firm called BEK TEK of Clifton, Virginia, I provided audio analysis services for Mr. Domash and for his attorney, Mr. Joseph H. Walsh in connection with a child custody matter being litigated in Massachusetts. The work involved the analysis and assessment of some 23 audio recordings and a number of telephone toll records. You assisted Mr. Domash /Mr. Walsh by coordinating the work that needed to be done at BEK TEK. During the course of that work over several months and in subsequent conversations you described to me that you had known Mr. Domash for a number of years. You also said to me that for some considerable period of time you had been assisting Mr. Domash with his personal and family problems. You indicated to me that this support included covering financial obligations, which Mr. Domash assured you would be repaid.

2)  You described to me a business concept to create a new insurance company, Investors Fidelity of America Life Insurance Company (IFA), which you indicated would be modeled after a highly successful insurance company venture. IFA would have a novel, if not unique approach, in its business and social ethic, charitable responsibilities and profitability. You described Mr. Domash as a key player in this venture who would serve as a principal advisor owing to his expertise in the securities, capital and investment business. Mr. Domash and his children would benefit greatly from the success of IFA, as would other principals and investors in this venture. You also indicated to me that you had been one of the "point men" (my words) in organizing IFA as a viable business. In this regard, you have been toiling for well over a decade to launch this effort with Mr. Domash and others. I have seen firsthand the considerable effort you have expended to achieve this goal.

EXHIBIT

PENGAD 800-631-6989

Mace 6
2/21/07 SB

Mace 000020

Re: Larry Domash:

3)      Over the course of our acquaintance you played for me a number of telephone voice messages you had received from Mr. Domash. During some of these messages, he indicated his intent to repay you. Also, you showed me copies of correspondence sent to you from Mr. Domash that have indicated a dramatic transition of Mr. Domash's personal view of his role and responsibilities to IFA-- initially full support and active participation followed approximately two years later by denial that a business relationship even existed.

With regard to Mr. Domash's financial obligations to you vis-à-vis BEK TEK, I am directly aware of a March, 2001, delinquent obligation of approximately $2900 for work done by BEK TEK on Mr. Domash's behalf. You personally covered this obligation with a series of payments from your own funds. You indicated to me at the time that this BEK TEK obligation was only the latest in Mr. Domash's pattern of unmet responsibilities to financially reimburse you for your efforts to support and assist him.

Best regards,

Steve Killion

**2**

Mace 000021