# EXHIBIT I

Thursday, January 17th 2002

Mr. Bruce E. Koenig
BEK TEK
12115 Sangsters Court
Clifton, VA 20124

Dear Sir:

For your own peace of mind and selfishly, my sanity, let me begin by declaring in writing, per your instructions that

    A) The debt cited in your correspondence of January 14th is owed the firm by Larry.

    B) You have been more than patient, we all have.

    C) It will be paid, and soon.

    D) No attempt has been made to ignore, evade or delay this outstanding responsibility.

Had you an Steve not helped Larry when you did things would be even worse than they are now. Hard to imagine, but true. Over an above the money he owes you is a debt of gratitude that, while the phrase is overused, can never be repaid. But first and foremost, however, he needs to pay you back. You're running a business, not a charity. I understand that.

Were you not aware that Messrs. Stein and Martin plan to employ Larry in a global commercial venture with significant national security import? As you had instructed many months ago, I've made it a point to keep Steve informed on a regular basis. My guess is once every ten days. This enterprise should fix Larry's financial situation for life and give him some much needed emotional breathing room while the case winds down.

While he is still employed by Fleet his own financial situation is not the best. Last week you may have read that institution intends to let 20% of its employees go and announced that the firm would be paying no bonuses this year.

With that said and as Steve is aware, Mr. Martin reports we are

EXHIBIT
Mace 9
2/2/02  SB

Mace 000202

anticipating the new enterprise to begin during the next 30 to 45 days, if not sooner. Indeed, we had hoped to be up and running just prior to Christmas. Let me suggest this — accept the accompanying payment and a similar one made by me 30 days and 60 days hence. Larry has to be in Washington to finalize the enterprise. He owes a number of people money and Dr. Graham and I will make arrangements at that time to see that those parties are repaid. We will see to it that you are repaid first. If for any reason the deal doesn't go through then other arrangements will have to be made to see that the obligations are met by Larry. I'm talking days here, not weeks. He needs to put this to bed. It is long overdue.

If you're frustrated after thirteen months and partial payment imagine how we feel after years and years and no payment. And, may I add parenthetically, little justice. In fairness to Larry, in the almost decade and a half I've known him, I've never seen him, ever, try to evade his responsibilities.

Look I know all this must seem crazy to you, it does to us. None of us have <u>ever</u> seen a situation like this. All I can tell you is the truth as I understand and believe it to be. This long nightmare is going to end and and and soon. It has to.

Most sincerely,
Brett Mace

CC:
Steve Killian
Dr. George Graham

PS// On a personal note and with no small amount of embarrassment, I apologize for the delay. I truly thought you knew we were almost out of the woods. Believe me, Gene and I have been working tirelessly to free Larry and protect the children. The undertaking over the last four years has consumed our lives. We are just appalled at what we have witnessed.

You know you should never be reluctant to give me a call if there's something you'd like to discuss. The office # is (703) 256-5500; home is (202) 966-2761 and my pager — which I'm required to sleep with (ah, electronic romance) is (202) 237-3111. I'll make it a point to give you a call tomorrow around 3 in the afternoon to see if you have any questions. Until then, all the best.

Mace 000203