# EXHIBIT J

1/23/02

Dear George,
There's a part of this story that you knew about and I didn't and a part of this story that Gene and I have just uncovered that you need to be apprised of.

That Larry may have been "somewhat less than forthcoming" is an understatement. THIS CPAP IS GOING TO STOP. Do <u>Nothing</u> until we speak.

---

He has put everything at risk. Remember that Mr. Koenig was referred to us by Mr. Martin. <u>There is more George.</u> Your jaw is going to drop. Are you familiar with the expression, 'cold fury'?
I will call you Monday, the 28th.
Warm regards,
As always,
BRETT



Graham 1258