# EXHIBIT K

EXHIBIT
Mace 13
2/21/07  SB

Monday 6/24/02

Larry:

A cautionary note. You've described yourself as "weak", "a coward", "a weasel" and someone who "lacks character". All right, as far as you went, but you know there's a lot more going on than those remarks. Anyone who's spent a considerable period of time with you would add that you don't do what you say you're going to do, or what you've agreed to do, that you're deceitful, frequently confused and have a serious problem with selfishness. For someone who's public mantra is "always tell the truth", "always do the right thing", "always turn the other cheek", in private you're the essence of hypocrisy and denial. In some deep, essential way, Larry, you have let your life become a lie.

You're beyond neurotic, obviously seriously depressed, angry, fearful, resentful and boarderline paranoid. You've stated you're obsessive and at times — increasingly, it would appear to your friends — out of control. You've never told me you hear voices — you've always stopped just short of saying that — but you have said that you're seized by compulsions you can't rein in, compulsions you can't keep in check. What I'm concerned about — in addition to the pronounced negative tone and direction of your recent behavior — is how long will it be, if it hasn't already happened — before you actually begin to hear voices? You've already admitted to me you can't control what you do. In my opinion, and not mine alone, you're on the edge. How much more, Larry, do you need to happen to you before you realize something is catastrophically amiss?

Your adversaries have said of you that you are "emotionally disturbed". In your defense, in the past, I always replied "No, he's suffering from emotional distress". If I was called on today by anyone to testify in court I would have to say I was mistaken. And I know I would not be alone in saying that. Larry, you are sick. And from what you've told me recently, contrary to what you said you would do, many, many, months ago, you are not participating, at this time, in any kind of therapeutic care.

You need help — you need to admit that — you need to take corrective action. You need to do it now and you need to commit to redirecting your life toward a healthier future. You're not going to work with us if you don't. You're the resident drama queen but I really do think your future is at stake. Certainly a life worth living, anyway. I know you're in pain, you've told me that. But confront your illness. Don't make it your "best friend" — confront it. At least have the courage to do that. Lose your laziness. Resolve to work to make yourself better. Do it. No excuses and no backsliding. Regain your dignity, recapture you honor and stop humiliating yourself.

In some malevolent, malignant manner this cancer corrupts everything you touch. You seem to have no idea how this perverted thinking diminishes you in the eyes of others. Really, Larry, those attitudes, that behavior, is so pathetic and so base it is almost grotesque. You owe your friends a lot. You owe them your life. You owe them your respect. In order to give that you have

Mace 000043

to respect yourself and clearly you don't. On some level I'm convinced you're filled with self loathing. Physically, mentally, spiritually and professionally you're not well. I sometimes wonder if you really want to fail rather than succeed. If that might not actually be your goal.

Contact George and get to work on a plan to reclaim your life. Get the care locally — there's a lot of help available in New York. George can give you a recommendation. And remember this — whether you heed my warning or not — you have a number of outstanding responsibilities to the people that have gotten you this far and whether you take my advice or not you are not going to get a pass from any of us. You have to face your responsibilities, Larry, and live up to your obligations. If you don't you are never going to get well. Let me say that again for emphasis. You have to, you are going to, one way or the other, face your responsibilities and live up to your obligations. You're very good at conveniently forgetting that when you think it suits your purpose. Let me assure you we have no intention of letting you forget.

Your illness and your lack of character make you think you can manipulate people and get away with it. That's another example of diseased thinking and oh so very, very foolish. Believe me, you've picked the wrong team if you think you can get away with that kind of behavior.

A point in closing. I don't know exactly what you said to Gene.

Mace 000044

in your conversation with him late last week. I can tell you without fear of contradiction that he was disappointed in you. Again. You are nothing, in his eyes, if not consistent. As he would say, "predictable, very predictable". He refused to discuss much of it with me, commenting that you had "embarrassed yourself" and were an "ass". If your intent was to be provocative, to get under his skin, you didn't succeed. Still, it was unusual that he would not discuss with me why he formed those views. Interesting. When he returns from the brief vacation he and Bobbie have just taken I'll make it a point to pursue the issue.

Even though your mother asked me to come to your assistance years ago it was Gene who recommended that I do so. For that alone, not to mention several other well deserved reasons, he deserves your respect. He's earned it. Wipe the smirk off your face. Larry, lose the attitude. Believe me, you have a lot to be humble about. Someone like you couldn't carry his coat. How ironic that just as George and Mr. Stein go out to raise money, that Buchanan cites a billion dollars a year to manage, that BOA comes back onto the field and that Mr. Martin and I am to meet next week to join forces with George and Mr. Stein, that you choose that exact moment, to harass and annoy one of the very people who made it possible. You certainly didn't. Friendship like loyalty is reciprocal. Do yourself a favor, improve your tortured life, buy a dictionary and look up the word, 'reciprocate'. At least its a start. It's still not too late. Larry. You can still save yourself. But time is fleeting . . . . . . . .

Mace 000045

If you think I've enjoyed writing this you're wrong. I take no joy in your suffering. The entire matter both saddens and disgusts me. And by the way, Mr. Stein can invite who he wants to a meeting he calls. George and I merely hosted the gathering. Call George and save your life, you dumb jerk. Because somewhere down the road, Larry, you're going to get into even more trouble and without your friends, you're a dead man.

Sincerely,
Brett