# EXHIBIT L

# Fax Cover Sheet

**kinko's**

8365-D Leesburg Pike
Vienna, VA 22182
Tel: (703) 734-3204
Fax: (703) 734-3098

Date: Friday, July 5th, 2002

To: Dr. George Graham

From: ~~Company:~~ Brett

~~Fax:~~ tele: (703) 256-5500

From:

Company:

Tel:

Number of pages including this one: two

Comments:

Sir:
Thank you for your call of this morning. One Day Guaranteed UPS Air Exp this date with certified green rr card. Mailed to his home. Ditto accompanying cover letter. Original 6/24 correspondence marked in red ink "2nd Notice, 7/5/02".

Hope you had a safe and happy 4th. Steve and Gene send their regards. By 7/6 all IFA members notified of company search. We're on our way.
Most sincerely,
Brett



EXHIBIT
Mace 14
2/21/07  SB

Mace 000039