# EXHIBIT M

Wednesday, July 10th 2002

Larry:

George has me quite busy as you know. Left a brief message for me re: your conversation with him yesterday evening.

To say that you don't owe BEK TEK and yours truly money is as absurd as suggesting you don't owe George money. I'll turn to this point late next week. Right now I've got a company to get up an running for us.

Get rid of the self-deception. It gets in the way of the truth and impedes your recovery. Focus on getting well and rejoining your friends. We all have a lot of work to do. I expect you to be there to help get it done. Thanks for calling George. It was much appreciated.

Sincerely,
Brett

PS// All the best in your new job.



EXHIBIT
Mace 15
2/21/07 SB

Mace 000012