# EXHIBIT O

Credit Services Unit
First USA Bank, N.A.
P.O. Box 8650
Wilmington, DE 19899-8650

EXHIBIT
Mace 18
2/21/07  SB

Saturday, November 9th, 2002
ref: credit cards
# 4366 1630 4735 3798 and
# 4417 1245 6600 2942

George:
If we don't put a stop to this it threatens to jeopardize all the good we can accomplish. Damn Larry and his selfishness and deceit.

Dear Credit Services Unit:

With regard to your correspondence of 10/31, received by me Brett this date, I was both perplexed and alarmed. Let me explain. I have never had a bank "close" an account before and wonder if an innocent error might have taken place. Before today I've received no statement or call from you that anything was amiss or that I had used the credit in any fashion you thought inappropriate or wrong. Quite the contrary, just days prior to your letters being written I was told by one of your employee's that my record was excellent and that I was a dependable customer without any problems.

I'm a responsible, conscientious person and as far as I know I don't believe I've even had a late payment. Before you close these accounts please call me and if I've done something I shouldn't let me try to put it right. That makes more sense to me than writing to some people I don't know.

I practically live at the office so thats probably the best place to catch me. The number there is (703) 256-5500. Feel free to leave a message and if I'm not in someone will get in touch with me and I will get back to you promptly. My pager number is (202) 237-3111,

Graham_1426

if that would help. The house phone is (202) 966-2761 and you're certainly welcome to use that, but you're better off trying the office or pager first.

Look forward to hearing from you soon so we can get this matter resolved to your satisfaction. I take my duty seriously and am anxious to address this issue.

Most sincerely,

*Peter M. Brett Mace*

Peter M. Brett Mace
Apt. #209
4701 Connecticut Ave., N.W.
Washington, D.C. 20008

Graham 1427