UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER M. MACE | ) |
| | ) |
| Plaintiff | ) |
| v. | ) Case No. 1:05CV02244 |
| | ) (HHK/DAR) |
| | ) Dispositive Motions Due 7/18/08 |
| LARRY A. DOMASH | ) |
| | ) |
| Defendant | ) |

**ORDER**

UPON CONSIDERATION of the motion made by Defendant Larry Domash for entry of summary judgment on all counts of the Complaint pursuant to Fed. R. Civ. P. 56, the opposition and reply to that Motion, and the entire record herein, it is by the Court this __ day of _____ 2008,

ORDERED that Defendant's motion be, and hereby is ALLOWED.

_____
Hon. Henry H. Kennedy, Jr.
United States District Judge

cc:   acarter@acarterlaw.com
      mjt@mjtlegal.com
      dbrooks@libbyhoopes.com