# Exhibit C



# LARRY DOMASH

KENTON PLACE
305 EAST 63RD STREET
NEW YORK, NEWYORK 10021

November 24, 2002

Mr. Brett Mace
3429 Stoneybrae Drive
Falls Church, Va. 22044

Dear Brett:

This letter acknowledges previous correspondence from July 3 and October 30 2002.

1. Please let this letter serve as notice – I have no interest (nor have I ever) in investing in or being involved with IFA. I do not wish or intend to manage any money associated with that firm. This can be confirmed by Dr. George Graham.

2. I have no knowledge of Graham Capital International, have met Mr. Stein twice and Mr. Martin once but have not spoken to either in over 12 months. These discussions about a potential business relationship never had any follow on. I have no interest in exploring a business relationship with either party.

3. I have never had a business relationship with you, nor do I intend to have a business relationship with you in the future.

4. I have not, nor do I now acknowledge any discussion about me owing you any money or "repaying" you, as you have never been a lender to me. Over the past 3 years I have had 6 creditors and you are not, nor have ever been a creditor of mine.

5. I have spoken to Dr. Graham about the factual content of your recent letters as well as your assumptions. As has been the case for as long as I have known you, many of your statements are simply untrue.

6. Your statements about the car ride to New York from Boston are not true.

7. You have most recently sent me a letter under the address of <u>Investors Fidelity of America.</u> After researching the issue, Investors Fidelity of America has no legal standing and is not a registered trademark or a legal company or corporation. The address as listed is a personal residence.

Please allow this letter to instruct you of the following:

8. Under the laws of New York State you were granted limited power of attorney in 2000. This is a limited power over only my personal items (the financial issues are to be handled by a previously appointed trustee) and is in affect only in the case of my incapacitation. This letter fully and completely revokes such powers.

9. You have been using my name, my business card and my reputation without my knowledge in marketing materials attempting to raise money for your venture. This has been confirmed by Dr. George Graham. Your illegal use of my name and unauthorized implications of my involvement in any of your projects will cease.

10. In 2001 I sent a letter the Chairman of the Board of the Bank of America in 2001 on your behalf. The letter was sent at your request and each word was written by you Brett. Based on changes in market circumstances, further research of your personal background and discussion with the head of small business loans at B of A, none of the statements made in that letter currently represent my views of you or your 14 year attempt to raise money for an insurance concept which is no longer viable.

11. This letter formally terminates our personal relationship.

12. You are not, under any circumstances to attempt to contact me again. This letter is being copied to counsel, Mr. Joseph Walsh.

Sincerely,

Larry A. Domash

Subscribed and sworn to before me this 24TH day of November 2003 by LARRY A. DOMASH

Notary Public

DONNA THOMAS, NOTARY PUBLIC
State of New York, No. 03-4994538
Qualified in Westchester County
Cert. Filed in New York County
Commission Expires April 6, 2006

2

Mace 000057