# Exhibit D

INVEST IN YOURSELF ★ INVEST IN AMERICA

*Here, one person can make a difference for themselves, their family, community, and nation.*

# Investors Fidelity of America
# Life Insurance Company

December 26, 2002

George A. Graham, Jr., Ph.D.
Graham Consulting, Ltd.
N8 W30095 Woodcrest Drive
Waukesha, WI  53188

Dear George:

I received Larry's letter of Sunday, November 24th, which was mailed Wednesday, November 27th, on Monday, December 2nd. That day, following normal procedures, I mailed copies to Steve, Wendy and yourself. I called Messrs. Stein and Martin to inform them that Larry's judgment was impaired, his conduct unacceptable and that he no longer wished to represent IFA. They were also informed to expect a written report regarding my views on this matter. That, too, has been our tradition and this correspondence addresses that pledge. Mr. Stein remarked he was grateful for the "heads up" and that "if we can't trust Larry, we can't trust him." Mr. Martin was not available when I called so I left a message on his answering system briefly detailing the situation.

Steve received the letter the next day and remarked it was an "ambush,"[1] "unbelievable" and "full of denial" — a theme regarding Larry's character that he has come to strongly believe. When Wendy and I spoke she was disgusted with its content and tone. Your response was that nothing within its four corners was true; that you believed me and that I continued to have your support. I believe you remarked that Larry's letter was either "bunk" or "crap." Gene, who I told of the letter subsequent to the three of you receiving it, erupted in anger. My view is that it is a grotesque betrayal and bizarre lie. That Larry has sailed off the edge of reality, as we've recently suspected and feared an is neither conscientious or responsible, I'd rather know now. That way fewer innocent people are put at risk.

Steve and Wendy almost immediately had ideas on how to counter and disprove Larry's fabrication. Steve as to methodology and time line. Wendy as to topic heading and editing. She also realized, echoing what I've said in the past to Messrs. Stein and Martin, that time is not our friend. She wanted this report short and she wanted it soon. Steve wanted me to search the record and see what might be found. What might jar a forgotten memory. That was done and what accompanies this report was drawn from approximately 1/3 of the material at hand. Even with most of the record yet unexamined the preponderance of the evidence so far uncovered repudiates Larry's assertions.

---

[1] Better directed at me today than the men, Messrs. Stein and Martin, and the mission we are sworn to protect, later.

And in one key area – that of Larry's finances – a critical document was found that I've never read before that discloses a fortune dating from August 27, 1998, that none of us knew existed. None of us, that is, except Larry. A sum so substantial as to give the lie to his repeated claims of penury. Even without this, Steve has long suspected that Larry had "two pockets," that he has been far from honest about the true state of his financial resources. What little I know regarding that issue supports his theory. So let us turn to that first.

What do I know about the money? Take a look at the second paragraph of Marc Cooper's September 8, 1999, letter to Chouteau Merrill. What did Larry do with this $792,000.00? He's never discussed this with me. Has he mentioned it to you?

Read Bob Ackerman's letter to Ed Barshak, dated and faxed to me November 17, 1998. Note page three, last paragraph. I don't know any more than you see there about the stolen $1.1 million, but I believe the $340,000.00 is actually the $392,000.00 mentioned in Cooper's letter to Merrill. Regardless of the amount, Larry maintained these funds were stolen by his former wife with the help of her father, a very wealthy Chicago stockbroker with the respected firm of Mesiow & Co. It's interesting to note that Paul Perrochi and Chouteau Merrill of Brown Rudnick and Joe Walsh of Menard, Murphy and Walsh all agreed, without question, that Larry's former wife and her father were guilty of theft yet what was the final disposition of this issue? Did Larry ever reclaim these funds? As I'll explain shortly I know they weren't retrieved prior to November 1, 2000.

The last court appearance I made at Larry's side was November 1, 2001. I told Paul Kelly, who was representing Larry, that he owed you, BEK TEK and me a considerable sum and asked whether or not he was representing Larry on this issue. I asked because Larry had said several times he would get the money from the funds just mentioned. Mr. Kelly said no and that to do so would complicate matters with Judge Koppelman. I didn't push the issue at the time because I wasn't interested in complicating Mr. Kelly's life or compromising Larry representation and Larry was having a grim enough day in court that afternoon. Larry later told me he had someone else representing him on that matter but never told me who.

<u>Why is this important?</u> Mid October of 2001, Larry spoke with me and he was very upset. Said he had lost several hundred thousand dollars in the stock market (where, I wondered, had that come from?) and that Fleet had "made a margin call." Then his voice trailed off and almost as if talking to himself said, "but you don't need to know about that." Fast-forward one month – another conversation with Larry. He tells me he's regained almost all the money he lost in October and that Steve Shar, his trust attorney in Illinois, is going to write him a check for $320,000.00 which he'll have January 3, 2002. Sometime between the start of the new year and January 10th, Larry tells me he's formed a corporation (I think in New York, and possibly in the children's names) and there's $1,130,000.00 in it. He then remarks that I should be on the board of directors.

The preceding summer working with Val Diviacchi, another Boston attorney retained by Larry, we had cleared a contested $130,000.00 educational account for the three children. The money was held by Fidelity and we succeeded in having the funds transferred to the father as approved by the court. That may explain $130,000.00 of the $1,130,000.00 but where did the other million dollars come from? And why wasn't any

2

Mace 000005

of this money used to pay us back? I reported this to you and Steve and all three of us for a time thought we were going to be reimbursed. Larry, we would all discover, had other plans.

Let's now turn to Larry's letter of November 24th, a copy of which is attached, and address the points he's made in paragraphs 1, 2, 3 and 9.

Gene and I had a meeting with Larry at Gofen & Glossberg August 2, 1990. That was his last day at work there before leaving to go to Fidelity. At that meeting he made the statement on the page entitled "General Observations." The "We" that appears in line two refers to his wife and himself. Neither wanted to spend much time in Boston. Larry's idea was to see IFA established as a separate independent company and its productive capacity would keep Domash & Associates, a money management company he would found two years later, busy forever. Larry wasn't going to own or invest in IFA. He wanted his own money management company. IFA was the commercial engine that made Domash & Associates possible.

You've already seen the page stapled to "General Observations." That was produced for the CMW letter. Both pages were given to all the IFA participants named in my August 21, 1990, letter addressed to Larry. They received this material at a dinner we had the night before meeting with Larry on Friday, August 24, 1990, at Fidelity's headquarters.

I draw this to your attention because I want you to see how far back this business relationship goes. This is as good a place as any to comment on paragraph 9. You can see from the attached résumé's that this kind of material has been in our possession for many years. How did we get this if not from Larry? Somewhere, George, we've even got his paperwork while at Cleary Gull.

As to Graham Capital International, Larry knew shortly after Messrs. Stein and Martin asked you to put it together that he was involved. I told him about it, you also spoke to him about what was in the schematic. Each of you, in separate conversations with me, confirmed this. And as recently as early May of this year, when I told Larry again that Messrs. Stein and Martin seemed more interested in getting IFA up and running than Domash & Associates, he said that was "fine with me." Why? Because he knew we had promised him the money management position. Either way it went, he'd win. Messrs. Stein and Martin knew I was Larry's contact point for the operation. He had appointed me to that position in their presence. And he also asked me to fulfill that role when Gene gave him a copy of the id flow chart at the meeting you called in Milwaukee on September 21, 2000.

Shall we continue with paragraphs 4, 5 and 6?

In early April of 1999, I told Larry I had exhausted what money I had and save for phenomenal credit and a 4000-volume library had no further assets to drawn upon. I had no house to sell or any further securities to dispose of. I would have to stop work on the IFA project, get a regular job and could no longer help him with his legal problems.

3

. Mace 000006

These were considerable. His relationship with Mr. Perrochi had collapsed. His relationship with Mr. Barshak was on the rocks and I don't believe Mr. Walsh – although that would end badly too – was yet on the scene. And Larry still thought IFA was the best vehicle to realize his dream of Domash & Associates. Larry made it clear he didn't want me going anywhere. I was also helping to support my cousin and her two young children and worried about that too.

Larry was light hearted about my situation. Chuckling he said he owed you $50,000.00 and made me the following offer. I would use my credit lines to continue work on IFA, cover my own expenses and fly air cover over his legal problems and he would repay me when he repaid you. He didn't foresee having any problem in repaying either of us. He thought it almost funny when I asked him about that. I told him about my cousin and that in addition to helping her financially; I was also buying her a used car. No problem said he and offered to include these expenses too.

I asked if he wanted it memorialized and he said there was no need and that he didn't have a written agreement with you either. Is that true? I offered to sell the book collection that my father had begun but he said that was unnecessary. As I said, he was light hearted about it. So from that point forward, what expenses I incurred he took responsibility for. By the time of the big trial of October 30, 31 and November 1, 2000 he owed me $75,000.00. How do I know? Because we talked about it just a day or two prior to going to court and he had no difficulty with it at all.

And how do I know the funds Larry and his attorneys believed stolen by his wife and her father hadn't been retrieved prior to November 1, 2000? Because the second to last thing Joe Walsh told us moments before Larry and I started the drive back to New York was that he was sure to win the return of the money and, he thought, damages too. That is why Larry was so enthusiastic and vocal on the trip back about repaying me. You'll remember, George, that when we first talked about this in March of 2001 and met to discuss this and other issues in April of that year that I said I assumed that you would be repaid too. It never crossed my mind that Larry would later fail to repay you or BEK TEK.

Of the three letters that I've recently sent Larry all of them were signed off on by you, Wendy and Steve. No one except Larry has raised a question about their factual content. To the contrary, you remarked that my letter of June 24th and its evaluation of Larry's character were right on the money. At least it got him to eventually communicate with you. And my second letter got BEK TEK some of the money they're owed. If I've had a long time credibility problem in Larry's eyes this is the first time he's ever mentioned it and I've known him since May 12, 1988.

What I said about the car trip is spot on; he just doesn't want to admit it. It was the longest period of time I've ever spent with him alone and it was very revealing. Troubling too. I would be happy to take a polygraph exam to back up my claim about what he said regarding repayment. Mr. Ackerman knows some people who used to do that kind of work for the federal government. I think he'd be willing to introduce me to them if we asked him.

On to paragraph 7.

Investors Fidelity of America, Inc. is, and always has been, a valid Virginia company incorporated May 16, 1989. Gary LeClair is one of two founders of what is now one of the largest law firms in the state. He drafted the documentation incorporating our company. Please see the accompanying By-Laws and Articles of Incorporation. I sent a copy of this material to Mr. Rains approximately five weeks before the CMW letter was mailed.

Ms. DiGiorgio, who I have known for years, confirms that all is well with IFA. Mr. Andrew Winston, one of Gary's attorneys called us after checking our status with the state corporation commission and said we are "in good standing." If you wish to speak to him, his number is (804) 916-7147. Neither was pleased by Larry's assertion.

It is true that there is no trademark. Larry never asked that we secure one. No one has, but we'd be happy to do so if you wish. The address, which appears on all our reports, is a private home belonging to Gene. That has never been a secret. Larry knows this and has been invited to visit but never -- and no I'm not joking -- had the energy or interest to do so. At one point before and after incorporating we had a satellite office in the Guardian Life Insurance Company of America's suite at 7777 Leesburg Pike, McLean, Virginia. Larry knows about that location too.

By the way, our office is very nice and I can remember my mother visiting before her death and commenting that it was larger than the first home she and my father had. It encompasses most of the downstairs of Gene's residence and has its own entrance. I think we're very fortunate that Gene has generously allowed its use. Of all the many, many reasons we should be glad to have the opportunity to work with him this surely must be the least important.

Paragraph 8 -- quite something.

Larry's remark about he "laws of New York State" notwithstanding you can see for yourself how unencumbered this authority is. You can't get much broader than "all of my legal matters." There is no clause addressing incapacitation or personal items nor did Larry ever speak to me regarding that. My experience with him is that when he has a problem he panics and looks for someone to either: 1) deal with the threat, real or imagined -- "handle it, just handle it" -- or, 2) blame for the problem. And, in both instances that I used this authority, not inconsequential amounts of money were involved. I believe the trustee he is speaking of is Mr. Shar who I have found to be an honorable man.

Paragraph 10.

I grow weary of this foolishness when everyone, most of all Larry, knows the truth. You can read the record and check the wording at your leisure. Here's what happened -- Tex was bogged down in Bank of America's bureaucracy. Months before in a conversation with Tex, Larry had said he would help any way he could including having Ned Johnson and Gary Burkhead call as a reference. In late April of 2000, Tex asked me to ask Larry to write a letter to Hugh McColl. I did so and Larry said, "you've got it!" and then didn't

5

do what he said he would. By mid July, Tex, Vicki, Gene and you suggested I draft a letter for Larry's review. This was done with Larry's approval and knowing his views and phrasing a draft was submitted to you July 21, 2000. You signed off on it and a typed copy dated July 26, 2000 was sent to Larry. August 18, 2000, Larry retyped the letter and sent it on to Mr. McColl approximately August 25, 2000.

Take a look at my letter of October 20, 2000, addressed to Mr. Doug Foreman. This is important because it tells you what transpired. Bank of America, Larry told me, had $40 billion of non-performing assets and he looked at that like a young child looks at presents under the Christmas tree. Again, the motivation was to get IFA established, which after 24 months, if not sooner, would allow Domash & Associates to take to the air.

When Larry's August 18, 2000 letter hit the skids Tex asked Larry through me to send another letter which he said he would do but didn't. Then Tex asked his messenger to ask Larry to have Mr. Johnson and Mr. Burkhead telephone Hugh McColl. This wasn't done either but it wasn't until July, 2001, that we learned why. According to Larry it turned out that he got his job at Fleet because of the personal intervention of these two men and he felt if he went back to them he would be going back to the well once too often, once too soon. In other words, Larry never had any intention of having Mr. Johnson and Mr. Burkhead call Hugh McColl. Any wonder Tex thinks Larry is a jerk? There is more I could add to this story regarding Larry but it just continues to add to the theme of promises made and promises not kept. None of this reflects well on Larry who came out of this with his reputation considerably tarnished.

With regard to the assertion that IFA as an insurance concept is no longer viable how would Larry explain the sale of Bill Buchanan's company to the English firm Old Mutual plc for millions and millions of dollars and their subsequent pledge to single source support its growth with up to almost $600 million over the next four years? Honorable people can disagree but if he made the same remark in a room of life and annuity agents they'd think him either foolish or intellectually dishonest at best. Has he, of all people, forgotten the significance of the Economic Growth and Tax Relief Reconciliation Act of 2001? That makes IFA more valuable not less valuable. He knows better, just as he knows that Ms. Jeri Fellerman, the unnamed person he refers to mistakenly as "the head of small business loans at B of A," has been removed from the case by Tex for incompetence and unprofessional conduct.

In closing paragraph 10 allow me to make the following observation. Which of us was the director of investment operations for the world's richest mutual fund family? Which of us had the job to get IFA funded and because of indifference and neglect when he was riding high didn't and which of us has repeatedly said after his fall from grace, "Brett, I should have gotten it done?" What Larry is looking for is a scapegoat and that is a role I will not play.

Let's wrap this up. Sometime soon you're going to meet Dr. Lee and we're going to get underway. In the meantime Larry's actions by not repaying me complicate our Reg. A. filing, place me in financial jeopardy and compromise my diminishing financial resources. His actions are arbitrary, capricious, intentional, willful and wrong. We have to come up with a strategy that restores economic balance. And we need to move on this almost immediately. Larry has obligations to fulfill and responsibilities to meet.

Mace 000009

I am not going to stand by and let this delusional, disturbed, spoiled, selfish mental case ruin all we have sacrificed for. And he is not, if I can help it, going to stop us from doing what we pledged to one another we would do. Many innocent people will suffer needlessly if he does. We cannot falter now. If we let him get away with this we have only ourselves to blame and the eternal shame of knowing we did not do our best for America. I think Steve is right. We have to present a united phalanx, turn up the heat and roll him up. He will fold under pressure, you've said it yourself, "he always does."

Yours faithfully,

Brett Mace

P.S. Remember when Larry worked at Susquehanna Partners and lived at 450 Moreno Road in Wynnewood, PA? I knew he had a house there and almost until he moved to Fleet I assumed he was renting a modest home. Just before he left he told me it covered 8,000 sq. ft. After he got to New York he told me he had sold it and made a tidy profit. Did you know about this? Where did he get the money to buy an 8,000 sq. ft. home?

What about Plymouth Partners, LP? Larry told me he paid $150,000.00 to join them during the summer of 2001. Where did that money come from and what is that firm's current relationship with Larry?

I had forgotten all this until, as Steve said, you'll be surprised what you'll discover and what will come back to you when you focus your intellect on a problem. George, you may discover something in your file like Cooper's letter of September 8, 1999, or remember some important statement or fact that you've forgotten. Good hunting!

Larry's gone back to Joe Walsh? Hmmm – surprising, if true. Wouldn't have thought JW would have wanted a client like Larry again. Or that Larry would entertain a serious relationship with Mr. Walsh. Do you remember the conference call that you, Mr. Walsh and I participated in where JW said if Larry hadn't had me his bill from Mr. Walsh's law firm would have been three times greater than it was? I don't know what Mr. Walsh charges but it isn't cheap. Where would Larry get the money to rehire Mr. Walsh?