# Exhibit E

Case 1:05-cv-02244-HHK   Document 45-6   Filed 08/18/2008   Page 2 of 4

Peter M. Mace vs. Larry A. Domash        4/2/07        Deposition of George A. Graham, Jr.

Page 17

1   help him. The whole focus was on Larry to become,
2   in the insurance business, literally the
3   investment officer for the proceeds.
4  Q  How many times had you met Mr. Mace in person as
5   of early September 2000?
6  A  I don't know. Probably at very most three. I
7   doubt that. Probably one or two, but let's go on
8   the top side.
9  Q  How often were you talking to him at that time?
10       MS. O'CONNOR: Objection. Form.
11       THE WITNESS: Fairly regularly. By
12   that I would say probably at least twice or three
13   times a week. He was very absorbed in getting
14   Larry, in a sense, straightened out.
15 BY MR. BROOKS:
16 Q  Were you involved with Investors Fidelity of
17   America as of September 2000?
18 A  I think it was chartered and I don't know what you
19   mean by Investors. It was not an active company.
20   I knew some of the membership.
21 Q  What involvement did you have with Investors
22   Fidelity of America, or as it's often referred to
23   IFA as of September 2000?
24 A  Let's see, '97, '98, '99. Would you repeat the
25   question?

Case 1:05-cv-02244-HHK   Document 45-6   Filed 08/18/2008   Page 3 of 4

Peter M. Mace vs. Larry A. Domash          4/2/07          Deposition of George A. Graham, Jr.

```
                                                              Page 1
 1            UNITED STATES DISTRICT COURT
 2            FOR THE DISTRICT OF COLUMBIA
 3     - - - - - - - - - - - - - - - - - - - - - - - - -
 4     PETER M. MACE,
 5
 6              Plaintiff,
 7     v.                 Case No. 1:05CV02244(HHK)
 8     LARRY A. DOMASH,
 9
10              Defendant.
11
12     - - - - - - - - - - - - - - - - - - - - - - - - -
13
14
15              DEPOSITION of GEORGE A. GRAHAM, JR.,
16     Ph.D., taken at the instance of the Defendant, under and
17     pursuant to the Federal Rules of Civil Procedure, and the
18     acts amendatory thereof and supplementary thereto, before
19     me, KIM M. PETERSON, CM, Registered Professional Reporter
20     and Notary Public in and for the State of Wisconsin, at
21     the law offices of Meissner, Tierney, Fisher & Nichols,
22     S.C., 111 East Kilbourn Avenue, Milwaukee, Wisconsin, on
23     the 2nd day of April, 2007, commencing at 9:30 o'clock in
24     the forenoon.
25
```

Case 1:05-cv-02244-HHK   Document 45-6   Filed 08/18/2008   Page 4 of 4

Peter M. Mace vs. Larry A. Domash          4/2/07          Deposition of George A. Graham, Jr.

Page 2

1                APPEARANCES
2
3           KELLY LIBBY & HOOPES, 175 Federal
4    Street, Boston, Massachusetts, 02110, by MR. DOUGLAS S.
5    BROOKS, appeared on behalf of the Plaintiff.
6
7           REINHART BOERNER VAN DEUREN, S.C.,
8    1000 North Water Street, Suite 2100, Milwaukee,
9    Wisconsin, 53202, by MS. ERIN E. O'CONNOR, appeared on
10   behalf of the witness, Dr. Graham.
11
12          ALSO PRESENT:  Mr. Larry A. Domash.
13
14
15
16                 I N D E X
17   WITNESS              EXAMINATION              PAGE
18   GEORGE GRAHAM, Ph.D.  By Mr. Brooks             4
19
20
21
22
23
24
25