# Exhibit F

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Peter M. Mace<br><br>Plaintiffs,<br><br>vs.<br><br>Larry A. Domash<br><br>Defendant | )<br>)<br>)<br>)  Case No. 1: 05-02244 (HHK)<br>)  Judge Henry H. Kennedy, Jr.<br>)<br>)<br>) |

### **Declaration of Dr. George Graham**

I, George A Graham, Jr., PhD., do hereby depose and say:

1.    I am over the age of 18 and am competent to testify and to make this declaration and make this declaration from personal knowledge. I hold a doctorate in psychology, am a licensed organizational psychologist and have practiced as such for over thirty years. I counsel organizations on accessing job applicants, especially for executive positions, and coach professionals on their careers and personal issues.

2.    Mr. Larry Domash, a defendant in the above-captioned lawsuit, owed me over $20,000 so I wrote him the enclosed January 4, 2002 letter requesting payment. (The original was signed.) In July of 2002, I spoke with Mr. Domash on the phone about his debt to me and to Mr. Mace. I was and am quite aware that he owed Mr. Mace money as well. During this phone conversation, Mr. Domash did say that I will pay "you." I understood by "you" Mr. Domash to mean me and Mr. Mace since just prior to him saying this we were discussing monies owed both

*Declaration of Dr. George Graham—Page 1 of 3*

to me and to Mr. Mace. Mr. Domash said that the payment would come within a year when he received a bonus check and indicated the month the bonus check would be paid. I cannot remember the exact month in which he said that the bonus check and our checks would be forthcoming, but it was to be sometime in 2003. I passed this information onto Mr. Mace.

3.  I consulted a lawyer and learned that the payment Mr. Domash had promised would come right after the statute of limitations would run on the debt. I filed a collection suit against Mr. Domash in 2003 before the statute of limitations ran.

4.  I have known Mr. Mace since 1999, having met him through Mr. Domash. Mr. Mace told me as early as September 2000 that Mr. Domash owed him money. I can recall three times in 2000 when Mr. Domash promised to pay me and to pay Mr. Mace, on two of these three times Mr. Domash was in my presence when making these promises. The last time I heard Mr. Domash make a promise to repay Mr. Mace was in the 2002 telephone conversation described above.

5.  I do remember that Mr. Mace was more and more distraught throughout 2002 with Mr. Domash refusing to pay. And I do remember that Mr. Mace was greatly relieved when I reported to him that Mr. Domash had again promised in July 2002 to pay the money owed Mr. Mace, as I described above. At my deposition in the above-captioned litigation no one asked me any

*Declaration of Dr. George Graham—Page 2 of 3*

questions concerning my above-described collection lawsuit against Mr. Domash and my 2002 communications with Mr. Domash leading up to that lawsuit.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 13 day of August, 2008, at Waukesha, Wisconsin.

George A. Graham, Jr., Ph.D.

*Declaration of Dr. George Graham—Page 3 of 3*

January 4, 2002

Mr. Larry Domash
305 East 63rd Street 4H
New York, NY 10021

Dear Larry:

Having not heard from you recently (including no news of you from Brett, a usual source), I assume that you and Paul Kelly are concluding a resolution with Kappy, containing I hope, strict limitations on her future behavior. And, as always, if there is any support I can provide in this terminal process, let me know.

Given this sense of a conclusion (and also based by my passing my 71st birthday in early December), I would ask you to consider how you wish to settle the no-interest, 3 ¼ year billing I have carried for professional time, including my direct expenses, in the amount of $23,771.93. Because of our friendship, I am glad to continue as a no-interest charge if you will initiate some payment schedule.

For personal reasons relating to my tax status, I would be glad to accept $300 - $500/month until the debt is retired. This would be a minimum schedule. However, if, while the debt is being reduced, it is to your advantage to affect a payoff, I can manage that.

Do give me a call to provide a personal update and to express your intent on this carry.

With the wish that you have had a wonderful holiday season with the children and my desire for you to have the best year yet in 2002,

I am, your friend,


George A. Graham, Jr., Ph.D.
Organizational Psychologist

P.S.   In a Christmas card of Chris Dowell's I found that his son Gavin Dowell is a Senior Vice President at Fleet Bank. Do you know him? He's a lawyer by trade.

GAG:wst

Enclosure

Mace 000015

March 6, 2002

Larry: I would appreciate your comments to my letter of January 4th.

Thanks,

George

Mace 000016

January 4, 2002

Mr. Larry Domash
305 East 63rd Street 4H
New York, NY 10021

Dear Larry:

Having not heard from you recently (including no news of you from Brett, a usual source), I assume that you and Paul Kelly are concluding a resolution with Kappy, containing I hope, strict limitations on her future behavior. And, as always, if there is any support I can provide in this terminal process, let me know.

Given this sense of a conclusion (and also based by my passing my 71st birthday in early December), I would ask you to consider how you wish to settle the no-interest, 3 ¼ year billing I have carried for professional time, including my direct expenses, in the amount of $23,771.93. Because of our friendship, I am glad to continue as a no-interest charge if you will initiate some payment schedule.

For personal reasons relating to my tax status, I would be glad to accept $300 - $500/month until the debt is retired. This would be a minimum schedule. However, if, while the debt is being reduced, it is to your advantage to affect a payoff, I can manage that.

Do give me a call to provide a personal update and to express your intent on this carry.

With the wish that you have had a wonderful holiday season with the children and my desire for you to have the best year yet in 2002,

I am, your friend,


George A. Graham, Jr., Ph.D.
Organizational Psychologist

P.S.   In a Christmas card of Chris Dowell's I found that his son Gavin Dowell is a
       Senior Vice President at Fleet Bank. Do you know him? He's a lawyer by trade.

GAG:wst

Enclosure

Mace 000015

FROM : GrahamConsulting Tonn    FAX NO. : 2623929251    Dec. 18 2002 05:20PM P3

March 6, 2002

Larry: I would appreciate your comments to my letter of January 4th.

Thanks,

George

Mace 000016