# Exhibit G

Case 1:05-cv-02244-HHK     Document 45-8     Filed 08/18/2008     Page 1 of 3

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Peter M. Mace<br><br>Plaintiffs,<br><br>vs.<br><br>Larry A. Domash<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)  Case No. 1: 05-02244 (HHK)<br>)  Judge Henry H. Kennedy, Jr.<br>)<br>)<br>)<br>) |

## Declaration of Darryl R. Wright

I, Darryl R. Wright, do hereby depose and say:

1.       I am over the age of 18 and am competent to testify and to make this declaration and make this declaration from personal knowledge.  I am an intimate business associate of Mr. Peter Mace, the plaintiff in the above-captioned lawsuit, in that we both worked to get a start-up insurance company up and running.

2.       I have only spoke to Mr. Larry Domash twice, and then by phone.  In neither of these conversations was the subject of his debt to Mr. Mace discussed.  However, on five or six occasions, I have listened to messages he left on the office phone system of our start-up insurance company, Investors Fidelity of America ("IFA").  In each of those taped remarks he said he owed Mr. Mace money and promised to repay him.  Mr. Domash explained that the money would be coming from a variety of means:  lawsuits against relations to regain misappropriated funds, lawsuits against employers, lawsuits counsel, increased earnings, new business opportunities, money from trust accounts, etc.  Not to

*Declaration of Darryl R. Wright—Page 1 of 2*

worry was the message.  Mr. Domash in some of these messages was very enthusiastic about IFA and spoke of there being a good possibility that his employer Fleet Bank would even provide funding for IFA.

3.    I first heard these five or six phone messages in 2001 when Mr. Domash was living in Philadelphia.  I do specifically remember though that one or two of such messages were left later, but I cannot precisely remember when I heard the last one.  Mr. Mace heard these messages as well.

4.    I declare under penalty of perjury that the foregoing is true and correct.

Executed on this __11__ day of August, 2008, at Washington, D.C.

_Darryl R. Wright_
Darryl R. Wright

_Declaration of Darryl R. Wright—Page 2 of 2_