# Exhibit H

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Peter M. Mace <br><br> Plaintiffs, <br><br> vs. <br><br> Larry A. Domash <br><br> Defendant | ) <br> ) <br> ) <br> ) Case No. 1: 05-02244 (HHK) <br> ) Judge Henry H. Kennedy, Jr. <br> ) <br> ) <br> ) <br> ) |

### Declaration of Steven A. Killion

I, Steven A. Killion, do hereby depose and say:

1. I am over the age of 18 and am competent to testify and to make this declaration and make this declaration from personal knowledge. I am an investigator specializing in the analysis of voice and other audio recordings.

2. In 2000 through a Clifton, Virginia firm called BEK TEK, I analyzed twenty-three voice recordings of Mr. Larry Domash. Mr. Joseph H. Walsh, Mr. Domash's divorce lawyer, needed the analysis to respond to allegations that Mr. Domash was harsh or abusive on the phone. Mr. Mace worked on Mr. Domash's behalf to coordinate the work. In performing the work, I became quite familiar with Mr. Domash's voice.

3. After the work was completed in approximately October or November 2000, there was a significant balance owing to BEK TEK for the work. In the following months at one point I remember Mr. Mace paying some of the balance on Mr. Domash's behalf. I recall that efforts to collect the rest of the outstanding

balance from Mr. Domash went on for a considerable amount of time, extending into 2001 and beyond, perhaps even into 2003.

4.   Several times during these collection efforts, Mr. Mace played for me a number of voice messages left by Mr. Domash, who identified himself on the recording, or whose voice I recognized, having analyzed it so many times. In some of these messages Mr. Domash promised to reimburse Mr. Mace. I specifically remember that in the last voice message, Mr. Domash promised to reimburse both BEK TEK and Mr. Mace. This last message was left well after the fall 2000 work and may have been as late as 2003.

Executed on this 12th day of August, 2008, at Washington, D.C.

_____
Steven A. Killion

*Declaration of Steve Killion—Page 2 of 2*