# Exhibit I

DEPOSITION OF PETER M. MACE
CONDUCTED ON WEDNESDAY, FEBRUARY 21, 2007

177

```
 1        A   Start an insurance company.  That's how      15:09:43
 2   you do it.  It's a set of rules that you have to      15:09:45
 3   follow.                                               15:09:49
 4        Q   Did you actually begin to work on a          15:09:49
 5   regular A filing?                                     15:09:52
 6        A   We got the documents and then we were        15:09:53
 7   waiting before we did anything like that to find out  15:09:55
 8   where we were in terms of actually getting the money  15:09:58
 9   from Dr. Lee.  So we'd actually have the money and    15:10:02
10   then we could move forward.                           15:10:08
11        Q   Seeing Exhibit 17, sir, does that refresh    15:10:09
12   your recollection that you did send this to           15:10:13
13   Mr. Domash on October 30, 2002?                       15:10:16
14        A   I can't tell you when I sent this to         15:10:17
15   Mr. Domash in 2002 but I do believe I sent it to him. 15:10:20
16        Q   What was Dr. Graham's response to the        15:10:25
17   draft that you sent to his assistant on October 27,   15:10:28
18   2002?                                                 15:10:31
19        A   That's the same document as this document?   15:10:31
20        Q   Yes.                                         15:10:37
21        A   What was his response?  I think he           15:10:38
22   was -- well, Dr. Graham moves around a great deal.    15:10:45
```

DEPOSITION OF PETER M. MACE
CONDUCTED ON WEDNESDAY, FEBRUARY 21, 2007

178

| | | |
|---|---|---|
| 1 | He may not have seen this for some time, but he | 15:10:47 |
| 2 | certainly knew that we had an exciting prospect with | 15:10:53 |
| 3 | Sonny Lee and was happy to see us moving in that | 15:11:01 |
| 4 | direction. | 15:11:05 |
| 5 | Q  What was his response to the letter to | 15:11:05 |
| 6 | Mr. Domash? | 15:11:13 |
| 7 | A  He thought it was appropriate. | 15:11:14 |
| 8 | Q  Did you speak to anybody else about this | 15:11:21 |
| 9 | letter before you sent it to Mr. Domash? | 15:11:25 |
| 10 | A  I don't recall right now. | 15:11:28 |
| 11 | Q  What was the first response you received | 15:11:37 |
| 12 | to this letter from Mr. Domash? | 15:11:43 |
| 13 | A  I think it was Larry's letter of | 15:11:45 |
| 14 | November 22nd, 2002. | 15:11:54 |
| 15 | Q  I think you actually mean November 24th, | 15:11:56 |
| 16 | 2002, right? | 15:11:59 |
| 17 | A  Sorry.  Right. | 15:12:00 |
| 18 | Q  You didn't speak to him by phone during | 15:12:01 |
| 19 | that interval, did you? | 15:12:05 |
| 20 | A  No, George didn't want me to speak with | 15:12:06 |
| 21 | him by phone.  George wanted Larry to call George | 15:12:08 |
| 22 | and -- | 15:12:15 |

DEPOSITION OF PETER M. MACE
CONDUCTED ON WEDNESDAY, FEBRUARY 21, 2007

179

| | | |
|---|---|---|
| 1 | Q   Why didn't George want you to speak to | 15:12:15 |
| 2 | Mr. Domash? | 15:12:18 |
| 3 | A   Because I'm not a doctor and George is, | 15:12:18 |
| 4 | and George had treated Larry, and George knew | 15:12:22 |
| 5 | privately things that are rightfully in the scope of | 15:12:28 |
| 6 | a doctor's knowledge. | 15:12:32 |
| 7 | Q   What does that have to do with you talking | 15:12:33 |
| 8 | to Mr. Domash about money owed? | 15:12:37 |
| 9 | A   I don't know.  That's what George asked me | 15:12:39 |
| 10 | to do and that's what I did. | 15:12:42 |
| 11 | (Mace Exhibit No. 18 was marked for | 15:12:51 |
| 12 | identification and retained by counsel.) | 15:12:52 |
| 13 | BY MR. BROOKS: | 15:12:52 |
| 14 | Q   Sir, I'm showing you what's been marked as | 15:12:52 |
| 15 | Exhibit Mace 18.  Bates numbered Graham 1426, 1427 | 15:12:55 |
| 16 | and ask you if you recognize this document. | 15:13:02 |
| 17 | A   I do vaguely remember this, yes. | 15:13:49 |
| 18 | Q   Is this your handwriting? | 15:14:04 |
| 19 | A   It is indeed. | 15:14:06 |
| 20 | Q   Is it a true and accurate -- let's take a | 15:14:09 |
| 21 | step back and explain what it is.  Maybe that would | 15:14:13 |
| 22 | be easier. | 15:14:16 |

DEPOSITION OF PETER M. MACE
CONDUCTED ON WEDNESDAY, FEBRUARY 21, 2007

183

| | | |
|---|---|---|
| 1 | Q And so you're referencing that -- | 15:18:04 |
| 2 | A It's frustration. That's exactly what it | 15:18:06 |
| 3 | is. It's acute frustration and not being able to | 15:18:09 |
| 4 | have him respond to what we're trying to urge him to | 15:18:13 |
| 5 | respond -- to come back to us, get well and let's all | 15:18:18 |
| 6 | go on together. | 15:18:23 |
| 7 | Q What does that have to do with First USA | 15:18:24 |
| 8 | Bank closing your account? | 15:18:28 |
| 9 | A It has a lot to do with it in the sense | 15:18:29 |
| 10 | that Larry wasn't doing anything that was concrete on | 15:18:35 |
| 11 | his end to try to move us all forward, that, you | 15:18:41 |
| 12 | know, we would get phone calls about these different | 15:18:46 |
| 13 | institutions that he was contacted and that was | 15:18:51 |
| 14 | wonderful and I was grateful for that. But just the | 15:18:54 |
| 15 | whole thing would just kind of collapse. | 15:18:56 |
| 16 | Q As of November 9, 2002, when was the last | 15:18:59 |
| 17 | time you had even spoken to Mr. Domash? | 15:19:03 |
| 18 | A It had been several months and we had been | 15:19:07 |
| 19 | trying to get him back on track. | 15:19:09 |
| 20 | Q So what did he do in those several months | 15:19:10 |
| 21 | that you considered deceitful? | 15:19:14 |
| 22 | A It wasn't those several months, it was | 15:19:15 |

DEPOSITION OF PETER M. MACE
CONDUCTED ON WEDNESDAY, FEBRUARY 21, 2007

184

| | | |
|---|---|---|
| 1 | sometime before that when he wasn't really putting | 15:19:19 |
| 2 | his efforts forward in trying to get us launched. | 15:19:24 |
| 3 | Q   This is a direct response to getting your | 15:19:29 |
| 4 | credit card shut down? | 15:19:32 |
| 5 | A   Yes. | 15:19:33 |
| 6 | Q   The deceit you're talking about is that | 15:19:33 |
| 7 | Mr. Domash had promised to reimburse you for the | 15:19:35 |
| 8 | credit card? | 15:19:38 |
| 9 | A   Mr. Domash had agreed to reimburse a | 15:19:39 |
| 10 | number of people for a number of things. | 15:19:43 |
| 11 | Q   Including you? | 15:19:45 |
| 12 | A   Including me. | 15:19:45 |
| 13 | Q   And he hadn't done it as of November 9, | 15:19:46 |
| 14 | 2002? | 15:19:50 |
| 15 | A   And he hadn't done it as of November 9, | 15:19:50 |
| 16 | 2002 -- | 15:19:53 |
| 17 | Q   And you considered that deceitful? | 15:19:54 |
| 18 | A   I consider Larry's conduct, about not | 15:19:56 |
| 19 | really putting his shoulder to the wheel, deceitful. | 15:20:00 |
| 20 | Q   Part of that conduct was not paying you | 15:20:02 |
| 21 | back? | 15:20:04 |
| 22 | A   That was a portion of it. | 15:20:04 |

185

| | | |
|---|---|---|
| 1 | Q  I think we talked about this earlier but I | 15:20:19 |
| 2 | forget.  When was the last time that you spoke to | 15:20:21 |
| 3 | Mr. Domash where he promised to pay you under the | 15:20:24 |
| 4 | contract? | 15:20:30 |
| 5 | A  I don't remember discussing it before.  We | 15:20:30 |
| 6 | may very well have.  I seem to remember it was in | 15:20:42 |
| 7 | June of 2002 or May of 2002. | 15:20:46 |
| 8 | Q  In this lawsuit, you're generally claiming | 15:20:56 |
| 9 | that your activities between April 1999 and | 15:20:58 |
| 10 | November 2002 conferred a benefit on Mr. Domash? | 15:21:02 |
| 11 | A  Yes. | 15:21:07 |
| 12 | Q  Are you claiming that he received a | 15:21:07 |
| 13 | benefit in connection with your work and the | 15:21:11 |
| 14 | expenditures that you made that were related to IFA? | 15:21:15 |
| 15 | A  Well, IFA was part of it. | 15:21:19 |
| 16 | Q  But did Mr. Domash benefit from that? | 15:21:23 |
| 17 | A  IFA was never realized so what you had was | 15:21:28 |
| 18 | a good faith effort to people to achieve that name so | 15:21:32 |
| 19 | that he had the chance of benefitting from it. | 15:21:35 |
| 20 | Q  But you would agree that -- at least as to | 15:21:37 |
| 21 | the IFA-related stuff, he didn't actually benefit? | 15:21:41 |
| 22 | A  I don't know how he would characterize | 15:21:44 |

[Lines 1-7 marked with bracket and checkmark in left margin]

DEPOSITION OF PETER M. MACE
CONDUCTED ON WEDNESDAY, FEBRUARY 21, 2007

186

| | | |
|---|---|---|
| 1 | that. There was some things that we did in that time | 15:21:54 |
| 2 | period where there was a clear benefit like | 15:21:57 |
| 3 | Val Diviacchi, for example, who had been able to get | 15:21:57 |
| 4 | in, I think it was $132,000 from an account or -- | 15:22:02 |
| 5 | Q  I'm sorry to interrupt. I just want to | 15:22:07 |
| 6 | break this apart. We'll get to that. I'm trying to | 15:22:09 |
| 7 | break it down. In terms of the IFA-related part of | 15:22:15 |
| 8 | the contract, did Mr. Domash end up benefitting from | 15:22:18 |
| 9 | that? | 15:22:21 |
| 10 | A  I think Mr. Domash terminated his | 15:22:23 |
| 11 | involvement before he could have benefitted from it. | 15:22:33 |
| 12 | Q  So that's no, he never ended up | 15:22:36 |
| 13 | benefitting? | 15:22:40 |
| 14 | A  No, it's not no, he never ended up | 15:22:40 |
| 15 | benefitting. It's he willingly terminated his | 15:22:45 |
| 16 | benefit -- his participation in it. | 15:22:49 |
| 17 | Q  Before he benefitted? | 15:22:49 |
| 18 | A  Yes, he could have possibly and he chose | 15:22:51 |
| 19 | not to. | 15:22:53 |
| 20 | Q  You also claim that he benefitted from the | 15:22:53 |
| 21 | work you performed in connection with his divorce | 15:22:59 |
| 22 | proceedings and his family -- and his personal | 15:23:01 |

DEPOSITION OF PETER M. MACE
CONDUCTED ON WEDNESDAY, FEBRUARY 21, 2007

195

| | | |
|---|---|---|
| 1 | I just don't remember. I could ask him. | 15:33:34 |
| 2 | Q  Leaving aside the calls where he claimed | 15:33:36 |
| 3 | to owe you money, do you remember the last time | 15:33:39 |
| 4 | Mr. Domash called you at all? | 15:33:43 |
| 5 | A  Yes. | 15:33:44 |
| 6 | Q  When was that? | 15:33:44 |
| 7 | A  In May or June of 2002. I do certainly | 15:33:45 |
| 8 | remember that. | 15:33:53 |
| 9 | Q  Other than Mr. Graham, Mr. Sierzant, | 15:33:53 |
| 10 | Mr. Wright, and Mr. Killion, is anyone else aware of | 15:33:59 |
| 11 | Mr. Domash's alleged promise to reimburse you? | 15:34:02 |
| 12 | A  I could search my memory but those are the | 15:34:06 |
| 13 | people that stick out most clearly. | 15:34:19 |
| 14 | MR. TREVELLINE: Excuse me, I need to use | 15:34:23 |
| 15 | the restroom. | 15:34:25 |
| 16 | (Off the record.) | 15:34:26 |
| 17 | BY MR. BROOKS: | 15:40:26 |
| 18 | Q  Mr. Mace, when did you first come into | 15:40:40 |
| 19 | contact with Dr. Graham? | 15:40:43 |
| 20 | A  When did I first come into contact with | 15:40:44 |
| 21 | Dr. Graham? I'm going to guess -- I'm going to guess | 15:40:52 |
| 22 | sometime in 1998. I could ask him. I don't really | 15:41:02 |

```
                                                          1
 1            UNITED STATES DISTRICT COURT

 2            FOR THE DISTRICT OF COLUMBIA

 3

 4   - - - - - - - - - - - - x

 5   PETER M. MACE,              :

 6        Plaintiff,              :

 7     vs.                        : Case No. 1:05CV02244 (HHK)

 8   LARRY A. DOMASH,             :

 9        Defendant.              :

10   - - - - - - - - - - - - x            COPY

11

12            Deposition of PETER M. MACE

13            Washington, D.C.

14            Wednesday, February 21, 2007

15            9:44 a.m.

16

17

18

19

20   Job No.:  1-97081

21   Pages:  1 - 254

22   Reported by:  Sarah M. Bickel
```



L.A.D. REPORTING & DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

DEPOSITION OF PETER M. MACE
CONDUCTED ON WEDNESDAY, FEBRUARY 21, 2007

```
                                                           2
 1            Deposition of PETER M. MACE, held at the
 2   offices of:
 3            Employment Law Group
 4            888 17th Street, N.W.
 5            Suite 900
 6            Washington, D.C. 20006
 7            (202) 331-2883
 8
 9
10
11
12
13
14
15            Pursuant to agreement, before Sarah M.
16   Bickel, Court Reporter and Notary Public in and for
17   the District of Columbia.
18
19
20
21
22
```