# Exhibit J

**INVEST IN YOURSELF ★ INVEST IN AMERICA**

*Here, one person can make a difference for themselves, their family, community, and nation.*

# Investors Fidelity of America
## Life Insurance Company

Thursday, April 18th 2002

Dear Larry,

Snapshots from the fund raising front —

Rt. messenger — Mr. Stein; rt. message — IFA; rt. audience — Mr. Max Hugel, wealthy colleague of William Casey and nominee of President Reagan. And then Mr. Hugel had a stroke. Back to the drawing board.

Mr. Stein, accompanied by a US ambassador I don't know, will meet with Frank Carlucci head of The Carlyle Group re: IFA April 22nd – 24th.

No word yet from Mrs. Cox — she of the Cox Communications Empire — in response to Mr. Stein's contact of a few days ago. He may have to travel to France to see her.

Mr. Martin in serious discussions with Dr. Lee the week of the 22nd with an anticipated meeting here within two weeks. Mr. Martin a strong advocate. Dr. Lee is a man of significant wealth and connection.

Dr. Graham in California today thru April 28th. Intends to meet with old friend and billionaire real estate developer Rick Hunzaker, to discuss funding and ownership.

Dr. Chris Dowell, an associate of Dr. Graham, called yesterday. Interested in showing plan to billionaire partner of his. Thirty days before we hear anything.

Mr. Stein has ordered me in to meet Mr. Wayne Reynolds here in Washington. Has the same values we espouse plus $500 million in cash. Go with the same time line suggested by Dr. Dowell.

Dr. Graham and Mr. Stein are going to conduct a joint operation with the Heritage Foundation. More on this later.

As always,
yours faithfully —
Brett

PS/ War not going as well as publicly thought. Hope you and the family are well. Will be in touch. Count on it.

3429 Stoneybrae Drive • Falls Church, Virginia 22044 • (703) 256-5500

Graham 0406