# Exhibit K

**INVEST IN YOURSELF ★ INVEST IN AMERICA**

*Here, one person can make a difference for themselves, their family, community, and nation.*

# Investors Fidelity of America
## Life Insurance Company

Tuesday, June 4th

Dear Larry:

Gee, that's some vacation your on. If I don't hear from you by Monday, June 10th I'll have to call Scott Valor and find out if pirates from the Caribbean have taken you hostage. Just kidding — but we might have to put your army together again and launch a rescue team.

Give your old pal a call when you get back, OK? Hope you are having an enjoyable and refreshing experience.

Mr. Stein's meeting set for Thursday, June 13th, 10AM-3PM. He's bringing an unknown, mysterious Mr. X. If I knew who, you'd know too. George will be there. Gene won't be, has something going with the SEC in Atlanta.

We're bringing $140 million to help out. That's a brand new development. Should be what we've worked toward and all will benefit. Pretty neat. Obviously will be in touch shortly after the gathering. Regards to the children.

Take care,

Brett

3429 Stoneybrae Drive • Falls Church, Virginia 22044 • (703) 256-5500   Graham 1778