# Exhibit L

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Peter M. Mace<br>Plaintiffs,<br>vs.<br>Larry A. Domash<br>Defendant | Case No. 1: 05-02244 (HHK)<br>Judge Henry H. Kennedy, Jr. |

### Declaration of Bruce E. Koenig

I, Bruce E. Koenig, do hereby depose and say:

1. I am over the age of 18 and am competent to testify and to make this declaration and make this declaration from personal knowledge. I am an examiner specializing in the analysis of audio and video recordings and the owner of BEK TEK LLC of Clifton, Virginia. BEK TEK LLC is an audio and video forensic consultation firm.

2. In 2000, BEK TEK was hired by Mr. Larry Domash to perform an analysis of voice recordings in support of his divorce and child custody litigation. In doing the work, we communicated to Mr. Domash through his assistant Peter "Brett" Mace and his lawyer Joseph Walsh. The attached letters dated 11 and 18 July 2000 from Mr. Walsh's office are representative of our communications with Mr. Domash's representatives.

3. Mr. Domash paid a retainer and then failed to immediately pay for services and expenses exceeding the original retainer amount. When this happened we received payments from

*Declaration of Bruce Koenig—Page 1 of 2*

08/15/2008  10:23    7032664461                    BEK TEK LLC                              PAGE  03/03

Mr. Mace on behalf of Mr. Domash. The enclosed letter dated 12 August 2002 from Mr. Domash was received by BEK TEK. I understand that the last words of paragraph two "the prior payments came from Mr. Mace and he will be reimbursed as well" to mean that Mr. Domash was confirming that he would reimburse Mr. Mace for the payments we received from Mr. Mace. Yes, we did indeed receive payments from Mr. Mace and in response to the 12 August letter, I did confirm such to Mr. Domash.

Executed on this __15__ day of August, 2008, at Clifton, VA

[signature]

Bruce E. Koenig

*Declaration of Bruce Koenig—Page 2 of 2*

## MENARD, MURPHY & WALSH LLP
### ATTORNEYS AT LAW

60 STATE STREET, 34TH FLOOR
BOSTON, MASSACHUSETTS 02109

Telephone (617) 832-2500
Facsimile (617) 832-2550

JOSEPH H. WALSH
walsh@mmwlaw.com

July 11, 2000

*Personal and Confidential*

Mr. Larry A. Domash
Fleet Boston
590 Madison Avenue, 31st Floor
New York, NY 10022

Re:   *Domash v. Domash*

Dear Larry:

     We have received the copy of what Mrs. Domash claims are all of the tapes that she made. They occupy most of a box measuring about six inches tall, twelve inches wide and six inches deep. It would needlessly waste legal fees and time to have me or any attorney in this office listen to each of these tapes to try to find the kernels of useful information and/or kernels of things which may not be particularly helpful but which we need to be prepared to meet and answer for at trial. I do not think it would be useful for you to listen to the tapes because you are too close to the situation to be objective. Bret, however, might be useful, if he would be willing to listen to these tapes and transcribe the parts of the tapes which we think either help our case or could be used by the other side against you. If we could get transcripts of just those tapes as well as an identification of what tape it appears on and where on that tape, we can efficiently review the information contained on the tape to see how we can use it and/or how to prevent it being used against us. If Bret is either unwilling or unavailable to do it, can you think of someone else. I just don't want to expend huge amounts of legal fees listening to tapes, much of which I am sure are completely irrelevant.

Very truly yours,

Joseph H. Walsh

JHW/dco
D:Domash.Correspondence/Client 7-11-00 Lt2

*[handwritten: Brett's home # (202) 966-2761]*

# MENARD, MURPHY & WALSH LLP
## ATTORNEYS AT LAW

60 STATE STREET, 34TH FLOOR
BOSTON, MASSACHUSETTS 02109

Telephone (617) 832-2500
Facsimile (617) 832-2550

JOSEPH H. WALSH
walsh@mmwlaw.com

July 18, 2000

*Via Federal Express*

Mr. Brett Mace
3429 Stoney Brae Drive
Falls Church, VA 22044

Re: *Domash v. Domash*

Dear Brett:

Pursuant to our telephone conversation today and Mr. Walsh's letter to Mr. Domash dated July 11, 2000 (copy enclosed), I am enclosing herewith approximately seventy-four (74) cassette tapes of telephone conversations between Larry and his children which were recorded by Katherine Domash.

Should you have any questions, please do not hesitate to give me a call.

Sincerely,

Dawne E. O'Hagan
Secretary to Joseph H. Walsh

Enclosures

cc: Joseph H. Walsh, Esquire
    Mr. Larry A. Domash

D.Domash.Correspondence/Mace 7-18-00.Ltr.

BEK TEK 090

**LARRY DOMASH**

KENTON PLACE
305 EAST 63RD STREET
NEW YORK, NEW YORK 10021
HOME (212) 371-1778
OFFICE (212) 278 - 5765

August 12, 2002

Mr. Bruce Koenig
BEK TEK
12115 Sangsters Court
Clifton Va. 20124-1947

Re: Domash v Freund

Dear Mr. Koenig:

    Thanks for you letter and invoice of July 24, 2002.

    In order to work off the remaining balance of $2,059.21 I will send to you $250 each month until the outstandings are 0. This would include 5 payments in 2002 and 3 payments during the January – March period of 2003 plus a final check for $59.21.

    I apologize for the miscommunication and hope this brings this matter to resolution. Please confirm for me that the prior payments came from Mr. Mace and he will be reimbursed as well.
    The checks will be sent automatically by my bank (Fleet New York) and you should begin to receive them within 10 days.

Sincerely,

*[signature]*
Larry A. Domash

1