# EXHIBIT W

# GRAHAM
## CONSULTING, Ltd.





George A. Graham, Jr., Ph.D.
N8 W30095
Woodcrest Drive
Waukesha, Wisconsin
53188

**The information in this document is privileged and for legal use only
by and for Peter Brett Mace**

INTENT:

Mr. Mace is seeking to recover some $250,000 owed him by Mr. Larry Domash for personal services and costs rendered. Having involvement in, knowledge of and experience with this relationship as a licensed, consulting psychologist, I wish to authenticate several important facts.

PERSONAL:

As a result of my professional involvement in this relationship, it became necessary for me to file against Larry Domash for the payment of my services in July, 2003, in Waukesha County Court, Wisconsin. Because of a heavy docket, the Court suggested that I seek mediation first, which I did. In order to save time, though assured by my lawyer and the mediator that I would prevail, I settled for payments over a period of time of $19,000 rather than the full debt, which amounted to $26,420. I am currently receiving payments of $250/month, with the provision that should any payment be 30 days late, the Court will demand the total amount of billings with interest.

EXPERIENCE:

If requested by a court, I will attest to the fact that in working with Mr. Domash through marital and employment problems, he ignored and denied the responsibility to pay for the services of three different lawyers he had used until he was threatened with their discontinuation of representation and legal action. His pattern of behavior resulted in a settlement of fees rather than counsel receiving payment of the amount owed.

Additionally, as a result of referring a colleague to Mr. Domash to render psychological help to him, my colleague called me several times after services were rendered, seeking advice regarding Mr. Domash's lack of payment. I do not know the outcome, except that there was some payment apparently made because my colleague eventually quit calling me.

MANAGEMENT  ■  HUMAN RESOURCES  ■  ORGANIZATIONAL DEVELOPMENT
Phone/Fax 262.968.5814  ■  Email g1207@msn.com

Mace 000017

KNOWLEDGE:

In a phone conversation with Mr. Mace in early September, 2000, Mr. Mace told me that Mr. Domash owed him nearly $75,000, and commented that Mr. Domash mentioned that he also owed me some $50,000 (a largely inaccurate statement), but that Mr. Domash assured him that both of us would be paid.

In a statement made by Mr. Domash at the University Club in Milwaukee on September 21, 2000, he acknowledged owing us both money, and assured us that we would be "paid in full." In attendance were Mr. Domash, Mr. Mace, Mr. Gene Sierzant and myself.

On December 4, 2000, in a meeting with Mr. Domash, Mr. Mace, Mr. Sierzant and myself, following a meeting with Mr. John Martin in Washington, D.C., Mr. Domash reasserted that he planned to pay Mr. Mace and myself as soon as possible. He also said he would pay BEK TEK as soon as possible as well.

On April 17, 2001, when meeting with Mr. Mace at the University Club in Chicago, and while going over funding for our insurance venture, Mr. Mace mentioned again that money -- a growing amount of money -- was due him from Mr. Domash, and that Mr. Domash had recently promised to pay him again. Subsequent to this meeting, I called Mr. Domash and he assured me he would reimburse Mr. Mace.

In closing, let it not be forgotten that Mr. Mace played for me many taped messages left by Mr. Domash on his office telephone in which Mr. Domash acknowledged his duty to repay Mr. Mace, myself and others, including BEK TEK.

*George A. Graham*

George A. Graham, Jr., Ph.D.
Organizational Psychologist

April 30, 2006